COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
ANGELA L. DUNNING (212047) (adunning@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone:    (650) 843-5000
Facsimile:     (650) 857-0663

Attorneys for Defendant
BROCADE COMMUNICATIONS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAI-NING HUANG, WAY-LING HWANG, FRANK PETRUNO and GORDON A. MECCAY, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY L. REYES, ANTONIO CANOVA, NICHOLAS G. MOORE, DAVID L. HOUSE, SETH D. NIEMAN, CHRISTOPHER B. PAISLEY, NEIL DEMPSEY, BROCADE COMMUNICATIONS SYSTEMS, INC. and DOES 1 through 25,<br><br>Defendants. | Case No.  CV 07-5950 CRB<br><br>**CLASS ACTION**<br><br>**BROCADE COMMUNICATIONS SYSTEMS, INC.'S CERTIFICATION OF INTERESTED PERSONS OR ENTITIES (CIV. L.R. 3-16)** |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

763695 v2/PA

BROCADE'S CERTIFICATION OF INTERESTED
PERSONS OR ENTITIES
CASE NO. CV 07-5950 CRB

1   Pursuant to Civil Local Rule 3-16, defendant Brocade Communications Systems, Inc.
2   ("Brocade"), through its undersigned counsel of record, hereby certifies that, as of this date,
3   other than the individual defendants named in the complaint, Brocade is not aware of any
4   persons, associations of persons, firms, partnerships, corporations (including parent corporations)
5   or other entities who: (i) have a financial interest in the subject matter in controversy or in a party
6   to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that
7   could be substantially affected by the outcome of this proceeding.

Dated: November 29, 2007                    COOLEY GODWARD KRONISH LLP

                                            /s/ Grant P. Fondo
                                            Grant P. Fondo

                                            Attorneys for Defendant
                                            BROCADE COMMUNICATIONS SYSTEMS, INC.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

763695 v2/PA                         1.              BROCADE'S CERTIFICATION OF INTERESTED
                                                            PERSONS OR ENTITIES
                                                          CASE NO. CV 07-5950 CRB