COPY

1  COOLEY GODWARD KRONISH LLP
   JOHN C. DWYER (136533) (dwyerjc@cooley.com)
2  GRANT P. FONDO (181530) (gfondo@cooley.com)
   ANGELA L. DUNNING (212047) (adunning@cooley.com)
3  Five Palo Alto Square
   3000 El Camino Real
4  Palo Alto, CA 94306
   Telephone:  (650) 843-5000
5  Facsimile:   (650) 857-0663

6  Attorneys for Defendant
   BROCADE COMMUNICATIONS SYSTEMS, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 | HAI-NING HUANG, WAY-LING HWANG, | Case No. CV 07-5950
   | FRANK PETRUNO and GORDON A.
13 | MECCAY, on Behalf of Themselves and All | **CLASS ACTION**
   | Others Similarly Situated,
14 |                                  | **BROCADE COMMUNICATIONS SYSTEMS,**
   |         Plaintiffs,              | **INC.'S DECLINATION TO PROCEED**
15 |                                  | **BEFORE A MAGISTRATE JUDGE AND**
   |     v.                           | **REQUEST FOR REASSIGNMENT TO A**
16 |                                  | **UNITED STATES DISTRICT JUDGE**
   | GREGORY L. REYES, ANTONIO
17 | CANOVA, NICHOLAS G. MOORE, DAVID
   | L. HOUSE, SETH D. NIEMAN,
18 | CHRISTOPHER B. PAISLEY, NEIL
   | DEMPSEY, BROCADE
19 | COMMUNICATIONS SYSTEMS, INC. and
   | DOES 1 through 25,
20 |
   |         Defendants.
21

22

23

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

765715 v2/PA

REQUEST FOR REASSIGNMENT TO
UNITED STATES DISTRICT JUDGE
CASE NO. CV 07-5950

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party, defendant Brocade Communications Systems, Inc. ("Brocade"), hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests that this case be reassigned to a United States District Judge. In particular, Brocade respectfully submits that assignment of this case to the Honorable Charles R. Breyer is necessary and appropriate under Civil Local Rule 3-12 for the reasons stated in Brocade's Administrative Motion To Consider Whether Cases Should Be Related, filed concurrently herewith.

Dated: November 28, 2007                    COOLEY GODWARD KRONISH LLP

_____
Grant P. Fondo

Attorneys for Defendant
BROCADE COMMUNICATIONS SYSTEMS, INC.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

763715 v2/PA

1

REQUEST FOR REASSIGNMENT TO
UNITED STATES DISTRICT JUDGE
CASE NO. CV 07-5950