COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
ANGELA L. DUNNING (212047) (adunning@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone:   (650) 843-5000
Facsimile:   (650) 857-0663

Attorneys for Defendant
BROCADE COMMUNICATIONS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAI-NING HUANG, WAY-LING HWANG, FRANK PETRUNO and GORDON A. MECCAY, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY L. REYES, ANTONIO CANOVA, NICHOLAS G. MOORE, DAVID L. HOUSE, SETH D. NIEMAN, CHRISTOPHER B. PAISLEY, NEIL DEMPSEY, BROCADE COMMUNICATIONS SYSTEMS, INC. and DOES 1 through 25, <br><br> Defendants. | Case No. CV 07-5950 <br><br> **CLASS ACTION** <br><br> **BROCADE COMMUNICATIONS SYSTEMS, INC.'S NOTICE AND ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, pursuant to Local Rules 3-12 and 7-11 of the Civil Local Rules for the Northern District of California, that defendant Brocade Communications Systems, Inc. ("Brocade"), by and through its undersigned counsel, hereby submits this Administrative

---

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

762977 v1/PA

1.

NOTICE AND ADMIN. MOTION TO RELATE CASES
CASE NO. CV 07-5950

Motion seeking an Order that the above-captioned action (the "Action") is "related" to the following action pending in the United States District Court for the Northern District of California before the Honorable Charles R. Breyer:

- *In re Brocade Securities Litigation*, No. 3:05-CV-02402-CRB, filed on May 19, 2005 (the "Federal Class Action").

## MEMORANDUM OF POINTS AND AUTHORITIES

The Federal Class Action and the later-filed Action are putative shareholder class actions against Brocade and certain of its current and former officers and directors. These class actions generally allege that defendants made purportedly false and misleading statements concerning Brocade's historical stock options granting practices during the alleged class period, which extends from May 18, 2000 through May 15, 2005, in the case of the Federal Class Action, and allegedly from February 21, 2001 to May 16, 2005, in the case of the later-filed Action.

The Court has already ordered that the following additional actions are "related" to the Federal Class Action:

- *In re Brocade Communications Systems, Inc. Derivative Litigation*, No. 3:05-CV-02233-CRB, filed on June 1, 2005;

- *Securities And Exchange Commission v. Reyes et al.*, No. 3:06-CV-04435-CRB, filed July 21, 2006; and

- *Securities and Exchange Commission v. Byrd*, 3:07-CV-04223-CRB, filed August 17, 2007 (collectively, the "Related Actions").

Accordingly, the Related Actions are also pending before the Honorable Charles R. Breyer.

Like the Federal Class Action and the Related Actions, this Action involves nearly identical parties and is based on nearly identical factual allegations. As a result, there will necessarily be an unduly burdensome duplication of labor and expense, as well as potentially conflicting results, if the Action is conducted before a different District Judge than the Federal Class Action and the Related Actions. Accordingly, pursuant to Local Rule 3-12, Brocade respectfully submits that the Action should be deemed related to the Federal Class Action and transferred to this Court.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

762977 v1/PA      2.      NOTICE AND ADMIN. MOTION TO RELATE CASES
CASE NO. CV 07-5950

## CONCLUSION

For the foregoing reasons, Brocade respectfully requests that this Court order the above-captioned Action "related" to the Federal Class Action within the meaning of Local Rule 3-12.

Dated: November 28, 2007

Respectfully submitted,

COOLEY GODWARD KRONISH LLP

_____
Grant P. Fondo

Attorneys for Defendant
BROCADE COMMUNICATIONS SYSTEMS, INC.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

762977 v1/PA

3.

NOTICE AND ADMIN. MOTION TO RELATE CASES
CASE NO. CV 07-5950