COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
ANGELA L. DUNNING (212047) (adunning@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone:    (650) 843-5000
Facsimile:    (650) 857-0663

Attorneys for Defendant
BROCADE COMMUNICATIONS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAI-NING HUANG, WAY-LING HWANG, FRANK PETRUNO and GORDON A. MECCAY, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY L. REYES, ANTONIO CANOVA, NICHOLAS G. MOORE, DAVID L. HOUSE, SETH D. NIEMAN, CHRISTOPHER B. PAISLEY, NEIL DEMPSEY, BROCADE COMMUNICATIONS SYSTEMS, INC. and DOES 1 through 25, <br><br> Defendants. | Case No. CV 07-5950 <br><br> **CLASS ACTION** <br><br> **DECLARATION OF ANGELA L. DUNNING** |

I, Angela L. Dunning, declare:

1. I am an attorney licensed to practice law before all courts of the state of California, and am an associate with the law firm of Cooley Godward Kronish LLP, counsel of record for defendant Brocade Communications Systems, Inc. ("Brocade") in this litigation.

2. I am personally familiar with the facts stated in this declaration and, if called as a witness, could and would testify competently thereto.

3.  This declaration is submitted in support of Brocade's Administrative Motion seeking to have this action deemed "related" to *In re Brocade Securities Litigation*, No. 3:05-CV-02402-CRB, filed on May 19, 2005 (the "Federal Class Action").

4.  On November 26, 2007, Brocade removed this action to this Court from the Superior Court of the State of California, County of Santa Clara.

5.  That same day, pursuant to Civil Local Rules 7-11(a), I contacted counsel for plaintiffs herein, Timothy J. Burke of Stull Stull & Brody, by telephone to inquire whether plaintiffs would stipulate that this action should be deemed "related" to the Federal Class Action within the meaning of Civil Local Rule 3-12. Mr. Burke agreed to contact me the following day with plaintiffs' position.

6.  On November 27, 2007, at 1:41 p.m., I emailed Mr. Burke to determine whether plaintiffs had reached a decision on relating this action to the Federal Class Action. I attached to my email a Stipulation and [Proposed] Order Relating Cases. Mr. Burke did not respond to my email.

7.  Later the same afternoon, at 4:03 p.m., I again emailed Mr. Burke. In my email, I requested that he get back to me by the end of the day as to whether plaintiffs would stipulate to relate the cases. However, Mr. Burke did not respond to my email.

8.  On the morning of November 28, 2007, I telephoned Mr. Burke to inquire for a final time whether plaintiffs would stipulate to relate the cases. Mr. Burke was not available, so I left a voice message asking him to return my call as soon as possible and stating that Brocade would be filing its Administrative Motion later the same day.

9.  As of the filing of Brocade's Administrative Motion and this Declaration, Mr. Burke has not responded to my repeated requests that plaintiffs stipulate to relate this case to the Federal Class Action. Accordingly, a stipulation could not be obtained pursuant to Civil Local Rules 7-11 and 7-12.

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct and that this Declaration was executed in Palo Alto, California, on
3  November 28, 2007.

*Angela Dunning*
Angela L. Dunning

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

763731 v1/PA

3.

DECLARATION OF ANGELA L. DUNNING
CASE NO. CV 07-5950