COPY

1  COOLEY GODWARD KRONISH LLP
   JOHN C. DWYER (136533) (dwyerjc@cooley.com)
2  GRANT P. FONDO (181530) (gfondo@cooley.com)
   ANGELA L. DUNNING (212047) (adunning@cooley.com)
3  Five Palo Alto Square
   3000 El Camino Real
4  Palo Alto, CA 94306
   Telephone:   (650) 843-5000
5  Facsimile:   (650) 857-0663

6  Attorneys for Defendant
   BROCADE COMMUNICATIONS SYSTEMS, INC.
7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  HAI-NING HUANG, WAY-LING HWANG, FRANK PETRUNO and GORDON A. MECCAY, on Behalf of Themselves and All Others Similarly Situated, | Case No. CV 07-5950 |
| | **CERTIFICATE OF SERVICE** |
| Plaintiffs, | |
| v. | |
| GREGORY L. REYES, ANTONIO CANOVA, NICHOLAS G. MOORE, DAVID L. HOUSE, SETH D. NIEMAN, CHRISTOPHER B. PAISLEY, NEIL DEMPSEY, BROCADE COMMUNICATIONS SYSTEMS, INC. and DOES 1 through 25, | |
| Defendants. | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

763762 v1/PA                          1.                    CERTIFICATE OF SERVICE
                                                            CASE NO. CV 07-5950

## CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of California, over the age of 18 years, and not a party to the within action. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. My business address is Cooley Godward Kronish LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, CA 94306-2155. On November 28, 2007, I served the following documents on the parties listed below in the manner(s) indicated:

1. BROCADE COMMUNICATIONS SYSTEMS, INC.'S NOTICE AND ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;

2. DECLARATION OF ANGELA L. DUNNING;

3. [PROPOSED] ORDER RELATING CASES; &

4. BROCADE COMMUNICATIONS SYSTEMS, INC.'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

X  (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of this firm for collection and processing of correspondence for overnight delivery, and I caused such document(s) to be deposited with a facility regularly maintained by FedEx for overnight delivery.

X  (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of this firm for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I prepared said documents in PDF and then served them by e-mailing them to the following internet addresses.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 28, 2007, at Palo Alto, California.

_____
Robin Romine

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

763762 v1/PA                    2.                    CERTIFICATE OF SERVICE
                                                      CASE NO. CV 07-5950

**\*\*SERVICE LIST\*\***

Garrett L. Waltzer
**Skadden Arps Slate Meagher & Flom LLP**
525 University Avenue
Palo Alto, CA 94301
Tel: (650) 470-4540
Fax: (650) 470-4570
Email: gwaltzer@skadden.com
**Attorney for Gregory L. Reyes**

Stephen D. Hibbard
**Shearman & Sterling LLP**
525 Market Street, Suite 1500
San Francisco, CA 94105
Tel: (415) 616-1174
Fax: (415) 616-1199
Email: shibbard@shearman.com
**Attorney for David House, Nicholas G. Moore and Christopher B. Paisley**

Jonathan Shapiro
Michael A. Mugmon
**Wilmer Cutler Pickering Hale & Dorr, LLP**
1117 California Avenue
Palo Alto, CA 94306-2155
Tel: (650) 858-6101
Fax: (650) 858-6100
Email: jonathan.shapiro@wilmerhale.com
Email: michael.mugmon@wilmerhale.com
**Attorney for Seth D. Neiman**

Norman Blears
**Heller Ehrman LLP**
275 Middlefield Road
Menlo Park, CA 94025-3506
Tel: (650) 324-7000
Fax: (650) 324-0638
Email: nblears@hewm.com
**Attorney for Antonio Canova**

Jeffrey L. Bornstein
Leah Gabriana Shough
**K&L Gates LLP**
55 Second Street, Suite 1700
San Francisco, CA 94105
Tel: (415) 882-8200
Fax: (415) 882-8220
Email: jeff.bornstein@klgates.com
Email: leah.shough@klgates.com
**Attorney for Neal Dempsey**

Timothy J. Burke,
**Stull Stull & Brody**
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Tel: (310) 209-2468
Fax: (310) 209-2087
Email: tburke@ssbla.com
**Attorney for Hai-Ning Huang, Way-Ling Hwang, Frank Petruno and Gordon A. Meccay**

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

763762 v1/PA                          3.                  CERTIFICATE OF SERVICE
                                                          CASE NO. CV 07-5950