```
COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
ANGELA L. DUNNING (212047) (adunning@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone:   (650) 843-5000
Facsimile:   (650) 857-0663

Attorneys for Defendant
BROCADE COMMUNICATIONS SYSTEMS, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAI-NING HUANG, WAY-LING HWANG, FRANK PETRUNO and GORDON A. MECCAY, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY L. REYES, ANTONIO CANOVA, NICHOLAS G. MOORE, DAVID L. HOUSE, SETH D. NIEMAN, CHRISTOPHER B. PAISLEY, NEIL DEMPSEY, BROCADE COMMUNICATIONS SYSTEMS, INC. and DOES 1 through 25,<br><br>Defendants. | Case No. CV 07-5950<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ANGELA L. DUNNING IN SUPPORT OF BROCADE COMMUNICATIONS SYSTEMS, INC.'S MOTION TO DISMISS**<br><br>Date:   January 9, 2008<br>Time:   9:30 a.m.<br>Courtroom:   F<br><br>Magistrate Judge James Larson |

I, Angela L. Dunning, declare:

1. I am an attorney licensed to practice law before all courts of the state of California, and am an associate with the law firm of Cooley Godward Kronish LLP, counsel of record for defendant Brocade Communications Systems, Inc. ("Brocade") in this litigation.

2. I am personally familiar with the facts stated in this declaration and, if called as a witness, could and would testify competently thereto.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

764031 v1/PA                                    1.                           DUNNING DECL. I/S/O BROCADE'S MTN TO DISMISS
                                                                                                    CASE NO. CV 07-5950

3.  This declaration is submitted in support of Brocade's Motion To Dismiss Complaint Pursuant to the Securities Litigation Uniform Standards Act, 15 U.S.C. §§ 77p, 78bb and Request for Judicial Notice filed concurrently herewith.

4.  Attached as Exhibit 1 is a true and correct copy of the Amended Consolidated Class Action Complaint ("Fed. Class Complaint"), filed on or about January 2, 2007 in this Court *In re Brocade Securities Litigation*, Case No. 3:05-CV-02042-CRB (the "Federal Class Action").

5.  Attached as Exhibit 2 is a true and correct copy of the Complaint For Violation of the Federal Securities Laws ("First Huang Complaint"), filed on or about June 7, 2005 in this Court in *Huang v. Brocade Communications Systems, Inc. et al.*, Case No. 3:05-CV-02316-CRB, now consolidated as part of the Federal Class Action.

6.  Attached as Exhibit 3 is a true and correct copy of the Memorandum of Points and Authorities in Support of the Huang Group's Motion for Appointment of Lead Plaintiff and Lead Counsel Pursuant to Section 21D of the Securities Exchange Act of 1934, and for Consolidation of All Related Actions (the "Huang Lead Plaintiff Motion"), filed on or about July 18, 2005 in the Federal Class Action.

7.  Attached as Exhibit 4 is a true and correct copy of the Consolidated Amended Complaint ("Federal Derivative Complaint"), filed on or about October 7, 2005 in this Court in *In re Brocade Communications Systems, Inc. Derivative Litigation*, Case No. 3:05-CV-02233-CRB (the "Federal Derivative Action").

8.  Attached as Exhibit 5 is a true and correct copy of the Consolidated Amended Shareholder Derivative Complaint, filed on or about November 13, 2006 in the Santa Clara Superior Court in *In Re Brocade Communications Systems, Inc. Derivative Litigation*, Case No. 1-05-CV-041683 (the "State Derivative Action").

9.  Attached as Exhibit 6 is a true and correct copy of Brocade's definitive proxy statement on Form DEF 14A, filed with the Securities and Exchange Commission on or about February 23, 2004.

1       10.    Attached as Exhibit 7 is a true and correct copy of *Securities Litigation Uniform Standards Act of 1997: Hearing on S. 1260 Before the Subcommittee On Securities of the Senate Committee on Banking, Housing, and Urban Affairs*, 105th Cong. 21-22 (1997) (testimony of SEC Chairman Arthur Levitt and SEC Commissioner Isaac C. Hunt, Jr.), available on the SEC's website at http://www.sec.gov/news/testimony/testarchive/1997/tsty1997.txt (last visited December 3, 2007).

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed in Palo Alto, California, on December 3, 2007.

*/s/ Angela Dunning*
Angela L. Dunning

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

764031 v1/PA

3.

DUNNING DECL. I/S/O BROCADE'S MTN TO DISMISS
CASE NO. CV 07-5950