# EXHIBIT 2

1    Patrice L. Bishop (182256)
     STULL, STULL & BRODY
2    10940 Wilshire Boulevard
     Suite 2300
3    Los Angeles, CA 90024
     Tel:    (310) 209-2468
4    Fax:    (310) 209-2087
     Email: service@ssbla.com
5
     Jules Brody
6    Aaron Brody
     Tzivia Brody
7    STULL, STULL & BRODY
     6 East 45th Street
8    New York, NY 10017
     Tel:    (212) 687-7230
9    Fax:    (212) 490-2022
     Email: ssbny@aol.com
10
     Jordan Lurie (147159)
11   WEISS & LURIE
     10940 Wilshire Boulevard
12   Suite 2400
     Los Angeles, CA 90024
13   Tel:    (310) 208-2800
     Fax:    (310) 209-2348
14   Email: info@wllawca.com

15   Attorneys for Plaintiff

16

17                         UNITED STATES DISTRICT COURT

18                        NORTHERN DISTRICT OF CALIFORNIA

19

20   HAI-NING HUANG, on Behalf of Himself  )    CASE NO. C05 02316 MJJ
     and a Class of Persons Similarly Situated, )
21                                          )    CLASS ACTION
                              Plaintiff,    )
22                                          )    COMPLAINT FOR VIOLATION OF THE
          v.                                )    FEDERAL SECURITIES LAWS
23                                          )
     BROCADE COMMUNICATIONS             )    DEMAND FOR JURY TRIAL
     SYSTEMS, INC., GREGORY L. REYES,  )
24   and ANTONIO CANOVA,                   )        FILE VIA FAX
                                            )
25                            Defendants.   )
26

27

28

1    Plaintiff, through his attorney, brings this action on behalf of himself and all others similarly

2  situated, and on personal knowledge as to himself and his activities, and on information and belief

3  as to all other matters, based on investigation conducted by counsel, hereby alleges as follows:

4                              **NATURE OF THE CASE**

5    1.    This is a class action on behalf of all purchasers of Brocade Communications

6  Systems, Inc. ("Brocade" or the "Company") between February 21, 2001 and May 15, 2005,

7  inclusive (the "Class Period"), seeking remedies under the Securities Exchange Act of 1934 (the

8  "Exchange Act").  Defendants are Brocade, its then Chief Executive Officer Gregory L. Reyes, and

9  its Chief Financial Officer Antonio Canova.

10    2.    Brocade is a data storage switch maker which focuses its business on its SilkWorm

11  fabric directors and switches and its Tapestry Application Resource Manager (ARM) and Tapestry

12  Wide Area File Services (WAFS).

13    3.    On May 16, 2005, the Company issued a press release announcing the restatement of

14  its earnings for the 2001 through 2004 fiscal years.  The release, entitled "Brocade Restates

15  Financial Statements to Reflect Additional Stock-Based Compensation Earnings," stated in relevant

16  part:

17       Brocade Communications Systems, Inc. announced today that the Company will
         restate its financial statements for the fiscal years ending 2002 through 2004 to

18       record additional charges for stock-based compensation expense.  The Company
         affirmed that none of the charges will have an impact on Brocade's historical

19       revenues, cash positions, or non-stock option related operating expenses. The
         company expects related adjustments will be made to the Company's financial

20       information for fiscal 2001, as necessary.

21       Following the completion of an Audit Committee revenue announced on January 24,
         2005, additional information came to the Company's attention that indicated that its

22       guidelines regarding stock option granting practices were not followed during the
         period from August 2003 through November 2004. After further review, the

23       Company concluded that it could not rely on the documentation used to support the
         recorded measurement dates for stock options granted in that period.  As a result, the

24       Company will restate its financial statements to account for additional stock-based
         compensation for stock option is granted from August 2003 through November 2004.

25       The additional charges are expected to result in a cumulative increase in non-cash
         stock option compensation expense of $0.8 million over fiscal years 2003 and 2004.

26
         After discovering the additional information regarding non-compliance of its

27       guidelines, the Company commenced a review of certain other practices that could
         impact stock option accounting. This review determined that from 2001 through

28       2004, the Company had not appropriately accounted for the cost of stock based

                                        2

compensation for certain employees on leaves of absence (LOA) and in transition roles prior to ceasing employment with Brocade. Prior to 2003, Brocade's LOA policy allowed certain employees to continue vesting in their stock options and to have extended stock option exercise period for up to three months from the start of the LOA. The expected charges relate principally to options that continued to vest for employees who were on LOAs for a period greater than three months. The Company also expects to record additional adjustments related to options that continued to vest for certain employees in transition roles. Management estimates the total increase in non-cash compensation expense related to these matters to be in a range of approximately $31 to $52 million for fiscal years 2001 through 2004.

Brocade's Audit Committee has commenced an independent review of the Company's stock option accounting regarding LOAs. Based on that ongoing revenue, the Company's preliminary estimates of anticipated adjustments are subject to change.

The table below reflects the total effects of these combined adjustments and are the Company's preliminary estimate of the approximate impact to the Company's non-cash expenses and EPS. The Company does not currently expect that there will be any impact on non-cash expenses and EPS for any period in fiscal year 2005.

| Fiscal Year Ending | Additional Non-Cash Expense | Reduction in EPS |
|---|---|---|
| 2001 | $12.0-$26.0 million | $0.05-$0.11 |
| 2002 | $19.0-$23.0 million | $0.08-$0.09 |
| 2003 | $0.2-$0.8 million | $0.00-$0.01 |
| 2004 | $0.8-$2.8 million | $0.00-$0.01 |

The Company also announced today that it has been informed that the Department of Justice (DOJ) is working with the SEC in a joint investigation regarding the Company's stock option granting practices. Brocade has no further information regarding the timing or scope of the investigation.

"It is not unusual in the current environment that multiple relevant government agencies will take an interest in these types of matters," said Michael Klayko, Brocade's newly appointed Chief Executive Officer. "We are cooperating fully with the SEC and DOJ and hope that the investigation can be concluded as quickly as possible." Klayko continued, "The Board and management team are absolutely committed to the highest standard of accounting and continuously improving our internal controls and compliance with our policies. I have confidence in my team and we remain focused on executing to our business plan."

4.    The disclosure shocked the market, causing Brocade's stock to plummet to a low of $4.01 per share on May 16, 2005. The fall was an over 92% decrease in value from its Class Period high of $55.25 per share.

///

///

3

COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS
CASE NO.
W:\STULL\BROCADE\PLD\Complaint.wpd

## JURISDICTION AND VENUE

5.    This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§1331 and 1337, and §27 of the Securities Exchange Act of 1934 (the "Exchange Act") (15 U.S.C. §78aa).

6.    This action arises under §§10(b) and 20(a) of the Exchange Act and Rule 10b-5 promulgated thereunder (17 C.F.R. §240.10b-5).

7.    Venue is proper in this district pursuant to §27 of the Exchange Act and 28 U.S.C. 1391(b) because the acts charged herein, including the dissemination of materially false and misleading information, occurred in this district.

8.    Brocade maintains its principal executive offices in this district at 1745 Technology Drive, San Jose, California 95110.

9.    In connection with the conduct complained of herein, defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including the mails and interstate telephone communications, and the facilities of a national securities exchange.

## PARTIES

10.    Plaintiff, Hai-Ning Huang purchased Brocade securities as detailed in the attached certification and was damaged thereby.

11.    Defendant Brocade is a Delaware Corporation with its principal place of business in San Jose, California.  Brocade is a data storage switch manufacturer.

12.    From the start of the Class Period through January 2005, defendant Gregory L. Reyes ("Reyes") was the Company's Chief Executive Officer and a director.  During the Class Period, Reyes sold 4,957,053 Brocade shares, garnering more than $30 million in insider trading proceeds.

13.    Throughout the Class Period defendant Antonio Canova ("Canova") was the Company's Chief Financial Officer and Vice President, Administration. During the Class Period, Canova sold 4,903 Brocade shares, garnering more than $30 thousand in insider trading proceeds.

14.    As officers, directors and/or controlling persons of a Company whose common stock is traded on the NASDAQ Stock Market ("NASDAQ") and governed by the provisions of the federal securities laws, defendants Reyes and Canova (collectively, the "Individual Defendants")

4

1  had a duty to disseminate truthful information promptly and accurately with respect to the

2  Company's operations, products, markets, management, earnings and business prospects, to correct

3  any previously issued statements that had become materially misleading or untrue, and to disclose

4  any trends that would materially affect earnings and the financial results of Brocade so that the

5  market price of the Company's publicly traded securities would be based upon truthful and accurate

6  information.

7       15.     Under rules and regulations promulgated by the SEC under the Exchange Act,

8  defendant Reyes also had a duty to report all trends, demands or uncertainties that were likely to

9  influence: (a) Brocade's liquidity; (b) Brocade's net sales, revenues and/or income; and ©

10  previously reported financial information such that it would not be indicative of operating results.

11  Reyes and Canova's representations during the Class Period violated these specific requirements

12  and obligations.

13       16.     Defendants Reyes and Canova , because of their positions with the Company,

14  controlled and/or possessed the power and authority to control the contents of Brocade's reports,

15  press releases and presentations to the public, which information was conveyed to the investing

16  public.  Reyes and Canova  were  provided with copies of the Company's reports and press releases

17  alleged herein to be misleading prior to or shortly after their issuance and had the ability and

18  opportunity to prevent their issuance or cause them to be corrected.

19       17.     Defendants Reyes and Canova are also liable as individual participants in a

20  fraudulent scheme and course of conduct that operated as a fraud and/or deceit upon the class.

21  Because of their managerial and directorial position with the Company, Reyes and Canova had

22  access to the adverse, non-public information about the business, finances and future business

23  prospects of Brocade as particularized herein and acted to misrepresent, misstate or conceal such

24  information from plaintiff and the investing public.

25       18.     During the Class Period, in addition to disseminating information to shareholders and

26  the investing public through press releases, SEC filings, and the press, defendants Brocade, Reyes

27  and Canova disseminated information through analysts covering the Company's common stock.

28

5

1      19.     The Individual Defendants are liable as participants in a fraudulent scheme and

2   course of conduct that operated as a fraud or deceit on purchasers of Brocade publicly traded

3   securities by disseminating materially false and misleading statements and/or concealing material

4   adverse facts.  The scheme: (I) deceived the investing public regarding Brocade's business,

5   operations and management and the intrinsic value of Brocade's securities; (ii) enabled the

6   Individual Defendants to sell over 4.9 million shares of their personally held Brocade stock; (iii) sell

7   $550 million in 2% convertible subordinated notes in December 2001 and January 2002; (iv)

8   complete a $129 million stock-for-stock acquisition; and (v) caused plaintiff and members of the

9   Class to purchase Brocade publicly traded securities at artificially inflated prices.

### FALSE AND MISLEADING STATEMENTS
### DURING THE CLASS PERIOD

12      20.     On February 21, 2001, Brocade issued a press release entitled "Brocade Announces

13  Record Revenue and Earnings for First Quarter of Fiscal 2001."  The press release stated in relevant

14  part:

> Brocade Communications Systems, Inc., the leading provider of Storage Area
> Networking infrastructure, reported today record revenue and earnings for the first
> quarter of fiscal 2001 (Q1 01). For Q1 01, net revenues were $165.0 million, as
> compared to the $42.7 million reported in the first quarter of fiscal 2000 (Q1 00) and
> the $132.1 million reported in the fourth quarter of fiscal 2000 (Q4 00). During Q1
> 01, deferred revenue increased by $7.1 million to $9.1 million.
>
> Net income for Q1 01 was $32.5 million as compared to the $7.3 million reported in
> Q1 00 and the $27.2 million reported in Q4 00.  Diluted net income per share for Q1
> 01 was $0.13 as compared to the $0.03 reported in Q1 00 and the $0.11 reported in
> Q4 00.
>
> Operating income as a percentage of net revenues in Q1 01 increased to 26.9 percent
> of revenues, up from 26.6 percent in Q4 00. This is the seventh consecutive quarter
> that operating income, as a percentage of revenues, has increased.
>
> In Q1 01 Brocade generated $56.0 million in cash after purchasing $26.1 million in
> capital equipment and making $6.4 million in minority investments. Total cash at the
> end of Q1 01 was $211.0 million.
>
> For Q 01, accounts receivable days sales outstanding was 53 days and the annualized
> return on equity when excluding deferred tax assets and unrealized gains on
> marketable equity securities was 49 percent.
>
> Greg Reyes, Brocade President and CEO, commented on the quarter: "We are very
> pleased with our financial results for the quarter, which demonstrate our continued
> focus and execution in providing the world's leading networking infrastructure for

6

storage area networks. In every industry, in every sector across the globe, companies are relying on Brocade SAN infrastructure to network their servers and storage, keep pace with exponential growth in data storage requirements, and deliver a platform to reduce the cost of managing, administering and moving business-critical data."

\* \* \*

Reyes concluded, "We are pleased that we have executed on all fronts during the first quarter of 2001 and we believe that our business fundamentals and competitive position in the SAN infrastructure market have never been stronger. The future of storage area networking is about building large heterogeneous, block-data storage networks that can scale to meet customers' future SAN requirements of limitless SAN scalability, continuous information availability, enterprise level manageability, and end-to-end interoperability. As the SAN market expands, Brocade will continue to deliver best-in-class products to allow our global customers to put in place a networking foundation for their storage environments that meets their storage needs today and scales to support the future SAN requirements of tomorrow.

21. On April 20, 2001, the Company issued a press release entitled "Brocade Announces Preliminary Q2 01 Financial Results." The press release stated in relevant part:

Brocade Communications Systems, Inc., announced today preliminary results for the second quarter of fiscal 2001. Brocade expects to report total net revenue for the second quarter of fiscal 2001 (Q2 01) that will be approximately 30 percent less than the net revenue reported in the first quarter of fiscal 2001 (Q1 01). Diluted net income per share for Q2 01 is expected to be in the range of $0.05-$0.06 per share. During the second quarter, Brocade expects that gross margins will remain in the 60 percent range and will continue at those levels for the next several quarters. Additionally, Brocade expects that DSOs will be within target range of 50 to 60 days.

Brocade will host a live conference call today at 6:00 am Pacific Time to discuss the preliminary financial results. To listen to the call, dial (719) 457-2650, or connect via the Brocade web site at www.brocade.com. A replay of the conference call will be available following the call. Details on the replay are available at www.brocade.com. Brocade plans to announce complete second quarter results on May 15, 2001 at 1:00 pm Pacific Time.

"We are sober about the affect that the economy has had on the enterprise technology marketplace and on our short-term business outlook. We are committed to doing what is right for the business and will continue to invest in engineering resources and quota-carrying sales personnel at a rate that will continue to outpace our competitors. We believe that our long-term prospects and competitive position in delivering the world's leading intelligent platform for networking storage have never been stronger. As enterprise capital spending continues to thaw, we are well positioned for growth in the latter part of fiscal 2001 and we expect our year-over-year revenue growth will be approximately 58 percent," said Greg Reyes, Brocade President and CEO.

22. On May 15, 2001, the Company issued a press release entitled "Brocade Announces Second Quarter Fiscal 2001 Financial Results." The press release stated in relevant part:

Brocade Communications Systems, Inc., reported today financial results for the second quarter of fiscal 2001 (Q2 01). For Q2 01, net revenues were $115.2 million

7

as compared to the $62.1 million reported in the second quarter of fiscal 2000 (Q2 00).

Net income for Q2 01 was $12.0 million as compared to the $13.3 million reported in Q2 00. Diluted net income per share for Q2 01 was $0.05 as compared to the $0.06 reported in Q2 00. During the second quarter, gross margins remained at 60 percent.

In Q2 01, Brocade generated $6.1 million in cash after purchasing $16.9 million in capital equipment and making $10.6 million in minority investments. Total cash at the end of Q2 01 was $217.1 million. Brocade exited the quarter with $5.7 million in deferred revenue. The majority of the deferred revenue was related to inventory held by Brocade master resellers that has not sold through to the end customer.

For Q2 01, accounts receivable days sales outstanding was 58 days and continues to remain within the Brocade target range. Inventory at the end of the second quarter was $8.4 million, and annualized inventory turns were 22 times.

Greg Reyes, Brocade Chairman and CEO, commented on the quarter:

"Considering the current difficult economic environment for technology companies, the second quarter was a period of significant achievement for Brocade. We are pleased that we met the expectations that we set out in April, and we believe that the second quarter was the low water mark for our business. We are now seeing signs that IT budgets may be thawing as companies reprioritize projects based on Return On Investment (ROI). Storage Area Networks (SANs) remain at the top of the priority list. Using Brocade SAN infrastructure, companies can dramatically reduce the cost of managing their data while keeping pace with ever-increasing information storage requirements."

23.    On August 15, 2001, the Company issued a press release entitled "Brocade Exceeds Revenue Estimates for the Third Quarter of Fiscal 2001." The press release stated in relevant part:

Brocade Communications Systems, Inc., reported today financial results for the third quarter of fiscal 2001 (Q3 01). For Q3 01, net revenues were $116.3 million, a $24.2 million increase from the $92.1 million reported in the third quarter of fiscal 2000 (Q3 00) and a $1.1 million increase from the second quarter of fiscal 2001 (Q2 01). Brocade existed the quarter with $13.4 million in deferred revenue, an increase of $7.7 million over the $5.7 million reported in Q2 01.

Net income for Q3 01 was $12.0 million as compared to the $20.1 million reported in Q3 00 and the $12.0 million reported in Q2 01. Diluted net income per share for Q3 01 was $0.05 as compared to the $0.08 reported in Q3 00 and the $0.05 reported in Q2 01. During the third quarter, gross margins remained at 60 percent, an improvement over the 58.6 percent reported in Q3 00 and consistent with Q2 01.

In Q3 01, Brocade generated $23.8 million in cash after investing $20.6 million in capital equipment. Total cash as the end of Q3 01 was $241.0 million.

For Q3 01, accounts receivable days sales outstanding was 57 days and continues to remain within the Brocade target range. Inventory at the end of the third quarter was $8.0 million, and annualized inventory turns were 23 times.

1    Greg Reyes, Brocade Chairman and CEO, commented on the quarter: "We are
     pleased with our results for the third quarter, which demonstrate our ability to
2    manage well through a challenging economic environment. As the amount of data
     that companies need to store, move, administer, and manage continues to grow at an
3    exponential rate, companies are challenged to keep pace with this data growth within
     tight IT budgets. With IT projects being prioritized on their Return On Investment
4    (ROI) and their effect on the business bottom line, companies are turning to Storage
     Area Networks (SANs) to dramatically reduce the cost of managing their data,
5    optimize their investments in compute, storage, and personnel resources, and achieve
     a rapid ROI. Using Brocade SAN infrastructure, companies can now cost-effectively
6    connect servers and storage subsystems, scale them independently of one another,
     consolidate and share server and storage resources, and centralize and simplify the
7    labor-intensive aspects of data management.

8    Reyes continued, "We continue to be mindful about the effect that the economy is
     having on IT budgets. However, we believe that we are uniquely positioned to take
9    advantage of the massive market opportunity as companies seek to get more out of
     their compute, storage, and personnel resources by networking storage and expanding
10   initial SAN deployments not heterogeneous, enterprise storage networks. We are also
     at the beginning of a new product cycle that will continue to raise the bar for the
11   competition, and we are continuing to invest in all aspects of our business to position
     for growth in 2002. We believe that the powerful combination of our new hardware
12   and software products – including the Brocade SilkWorm® 12000 Core Fabric
     Switch– will further accelerate Brocade's leadership position as the storage
13   infrastructure of choice."

14       24.     On November 28, 2001, the Company issued a press release entitled "Brocade

15   Announces Record Revenue for Fiscal Year 2001; Storage Networking Leader Reports Annual

16   Revenue Growth of 56 Percent." The press release stated in relevant part:

17   Brocade Communications Systems, Inc., reported today financial results for the forth
     quarter ended October 27, 2001 (Q4 01). In Q4 01, net revenue was $116.5 million,
18   as compared to the $116.3 million reported in the third quarter of fiscal 2001 (Q3
     01). For fiscal year 2001 (FY 01), revenue was a record $513.0 million, an increase
19   of $184.0 million, or 56 percent, from fiscal year 2000 (FY 2000). Brocade existed
     Q4 01 with $12.6 million in deferred revenue.
20
     Diluted pro forma net income per share of Q4 01 was $0.05, consistent with the
21   diluted net income per share reported in Q3 01. Pro forma net income for Q4 01 was
     $10.9 million as compared to net income of $12.0 million reported in Q3 01. For FY
22   01, pro forma net income was $67.4 million and pro forma diluted net income per
     share was $0.28, as compared to net income of $67.9 million and diluted net income
23   per share of $0.28, respectively, reported in FY 00. These pro forma results exclude
     charges of $77.1 million related to purchase commitments, facilities lease losses and
24   asset impairments, and the write-down of private minority equity investments.

25   These results compared to net revenue of $132.1 million reported in the fourth
     quarter of fiscal 2000 (Q4 00) and net income and diluted income per share of
26   $27.2 million and $0.11, respectively.

27   During the fourth quarter, pro forma gross margins remained at 60.0 percent, a slight
     improvement over the 59.8 percent gross margins reported in Q4 00 and consistent
28

9

with Q3 01 gross margins. Gross margins on a pro forma basis for FY 01 were 60.0 percent, as compared to 58.2 percent gross margins for FY 00.

In Q4 01, Brocade generated $14.2 in cash after purchasing approximately $18.7 million in capital equipment. For FY 01, Brocade generated more than $100 million in cash, after investing $82.3 million in capital equipment. Brocade's total cash balance at the end of the Q4 01 was a record $255.1 million.

For Q4 01, accounts receivable days sales outstanding was 54 days, down from the 57 days achieved during Q3 01. Inventory at the end of the fourth quarter was $10.3 million and represented annualized inventory turns of 18 times on a pro forma basis.

Greg Reyes, Brocade Chairman and CEO, commented on the quarter: "We are very pleased with our results for 2001 and our ability to manage and optimize our business model in a challenging economic environment. We believe that our investments in 2001, including our significant investment in research and development, will allow us to take full advantage of the next phase in the market's evolution and position us for resumed growth in 2002.

Reyes continued, "In today's cost-conscious business environment, the value proposition for Brocade storage area networks has never been more relevant-helping companies optimize capital assets, increase productivity of personnel, and significantly reduce the total cost of ownership of storage environments. As we move into fiscal year 2002, we believe that we are incredibly well positioned to continue to expand our leadership position as the world's leading provider of storage area networking infrastructure.

During the fourth quarter, Brocade further expanded its market leadership position with the introduction and general availability of the SilkWorm 3800 Enterprise Fabric Switch. The SilkWorm 3800, based on Brocade's next-generation architecture, is the industry's first 2 Gigabit per second (Gbit/sec) Fabric Switch designed to meet the levels of manageability, availability, scalability and security required for today's storage applications. As further validation of the product's importance to the SAN market, the SilkWorm 3800 was awarded Best of Comdex 2001 award earlier this month, recognized as the most innovative and noteworthy networking hardware product of the year.

Expanding on the capabilities of Brocade's existing product family, the next-generation architecture is also the foundation of other upcoming 2 Gbit/sec products from Brocade, including the SilkWorm 12000 128 port Core Fabric Switch. Based on a common set of advanced fabric services and fully forward and backward compatible with the installed base of more than 1,200,000 Brocade fabric ports, the SilkWorm 3800 is available today from nearly all Brocade primary OEM and channel partners and the SilkWorm 12000 is expected to be in volume production in the first calendar quarter of 2002.

Reyes concluded, "We believe that our industry-first, next generation 2 Gbit/sec architecture will accelerate the market transition to 2 Gbit/sec technologies and further solidify Brocade's leadership position as the world's storage networking infrastructure of choice. With the SilkWorm 3800, Brocade enables a new level of intelligence in storage networking, making SANs easier to manage, more highly available and scalable, and more secure than ever before. Through this intelligent platform, our partners can deliver advanced capabilities to their customers through high performance SAN management applications that further reduce the total cost of ownership for storage environments."

10

1      25.    Brocade's November 28, 2001 press release, outlined above, overstated the

2    Company's FY 2001 EPS.

3      26.    On February 13, 2002, the Company issued a press release entitled "Brocade Reports

4    Financial Results of the First Quarter of Fiscal Year 2002." The press release stated in relevant part:

5

6    Brocade Communications Systems, Inc., reported today financial results for the first
     fiscal quarter of 2002 (Q1 02), which ended January 26, 2002. In Q1 02, net revenue

7    was $123.1 million, gross margins were 60 percent, net income was $11.7 million, an
     diluted net income per share was $0.05. Quarterly sequential revenue growth for

8    Q1 02 was nearly six percent.

9    Brocade exited Q1 02 with $13.9 million in deferred revenue, an increase of $1.3
     million over deferred revenue at the end of the fourth fiscal quarter of 2001 (Q4 01).

10
     In Q1 02 Brocade generated $568.7 million in cash including $537.6 million received

11   from the issuance of convertible subordinated debt. Excluding the net proceeds from
     the convertible debt offering, cash increased $31.1 million after purchasing $24.5

12   million in capital equipment. Brocade's total cash, cash equivalents and short-term
     investments were $823.9 million at the end of Q1 02.

13
     For Q1 02, accounts receivable days sales outstanding were 54 days, consistent with

14   Q4 01. Inventory at the end of Q1 02 was $9.2 million, down from the $10.3 million
     at the end of Q4 01.

15
     Greg Reyes, Brocade Chairman and CEO, commented on the quarter: "We are

16   extremely pleased with our results for the first fiscal quarter of 2002. In today's
     business environment, the value proposition for Brocade Storage Area Networks

17   (SANs) has never been more relevant-helping companies optimize capital assets,
     increase personnel productivity, and significantly reduce the total cost of ownership

18   of storage environments. As companies rapidly migrate to 2 Gigabit per second
     (Gbit/sec) SAN infrastructure and expand SANs over a common storage networking

19   platform, Brocade is uniquely positioned to capitalize on these dynamics with our
     industry-first, intelligent 2 Gbit/sec architecture."

20
     Reyes added, "We achieved every development milestone during the quarter,

21   including those for the SilkWorm® 12000, our software products, and our new entry-
     level product. The SilkWorm 12000 remains on track for volume shipments in the

22   first calendar quarter of 2002. During the first quarter, we also continued to optimize
     our world-class supply chain, increase our demand generation capabilities, and

23   expand our international operations. As a result, we believe that Brocade is now the
     lowest cost manufacturer in the SAN infrastructure market. In addition, with a

24   presence in more than fourteen countries, during the first quarter we increased our
     worldwide field sales force by nearly one-third, greatly expanding the demand

25   generation resources for our OEM and channel partners worldwide. We believe that
     with these continued investments, combined with our industry-first intelligent 2

26   Gbit/sec architecture, we are extremely well positioned for growth in the latter half of
     2002."

27

28

COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS
CASE NO.
W:\STULL\BROCADE\PLD\Complaint.wpd

1    27.    On May 14, 2002, the Company issued a press release entitled "Brocade Releases

2 Statement Regarding Second Quarter Financial Results." The press release stated in relevant part:

3
> Brocade Communications Systems, Inc., announced today that, due to a clerical
> error, a financial webcast held today contained internal preliminary Question and
4
> Answer session preparation notes for the company's upcoming Financial Results
> conference call for the second fiscal quarter, ended April 27, 2002 (Q2 02). The
5
> communication contained the following information that the company had expected
> to disclose during its financial conference call to be held on Wednesday, May 15.
6

7
> - Forward-looking guidance that revenue for the third quarter of fiscal 2002 will be
> in the range of $145 to $150 million.

8
> - Strong software revenue growth experienced during Q2 02 resulted in the
> establishment of an increased target of 15 percent for software as a percentage of
9
> total revenue existing the fourth quarter of 2002.

10
> - An achievement of net revenue of $12 million related to sales of the Silk Worm
> 12000 Core Fabric Switch for Q2 02.
11

12
> The communication did not include any other material information about revenues or
> earnings for the second quarter.

13    28.    On May 15, 2002, the Company issued a press release entitled "Brocade Financial

14 Results for the Second Fiscal Quarter of 2002; And More Than 9 Percent Quarterly Sequential

15 Revenue Growth." The press release stated in relevant part:

16
> Brocade Communications Systems, Inc., reported today financial results for the
> second fiscal quarter ended April 27, 2002 (Q2 02). In Q2 02, net revenues were
17
> $135.0 million, which is an increase of more than 17 percent from the $115.2 million
> reported in the second fiscal quarter of 2001 (Q2 01), and an increase of more than 9
18
> percent from the $123.1 million reported in the first fiscal quarter of 2002 (Q1 02).
> Brocade exited Q2 02 with $16.1 million in deferred revenue, which is an increase of
19
> $2.2 million from Q1 02.

20
> Net income for Q2 02 was $14.0 million, which is an increase of nearly 17 percent
> from the $12.0 million reported in Q2 01 and a nearly 20 percent increase from the
21
> $11.7 million reported in Q2 01. Diluted net income per share for Q2 02 was $0.06,
> an increase from the $0.05 reported in Q1 02 and $0.05 for Q2 01. During Q2 02,
22
> gross margins were 60.2 percent.

23
> In Q2 02 cash and investments increased by $23.8 million, after purchasing
> approximately $17.8 million in capital equipment. Total cash and investments at the
24
> end of Q2 02 were a record $847.7 million. For Q2 02, accounts receivable days
> sales outstanding were 53 days, an improvement of 1 day over that reported in Q1 02.
25
> Inventory at the end of Q2 02 was $5.5 million.

26
> Greg Reyes, Brocade President and CEO, commented on the quarter: "We are
> extremely pleased with our results for the second fiscal quarter of 2002. In today's
27
> business environment, the value proposition for Brocade Storage Area Networks
> (SANs) resonates more powerfully than ever before with end users; allowing
28
> companies to optimize asset utilization, increase productivity, and significantly

12

1    reduce the total cost of ownership of their storage environments. As companies
     continue to expand their SAN deployments over a common storage networking
2    platform, the SAN architectural decision is now becoming a strategic business
     decision to support storage and sever consolidation, deliver secure, efficient data
3    backup and assure high data availability and business continuity."

4    Reyes continued, "With more than 1.6 million Brocade SAN ports deployed
     worldwide, Brocade is uniquely positioned to expand our market leadership position
5    as the intelligent storage networking platform of choice . We believe that our
     continued investments in our business, combined with our product leadership and
6    visions, strong OEM and industry partnerships, and unrelenting focus on execution,
     uniquely position Brocade to capitalize on the expanding market opportunity for
7    intelligent storage area networking infrastructure."

8        29.    On August 14, 2002, the Company issued a press release entitled "Brocade Reports

9    Third Quarter 2002 Financial Results; Achieves 30 Percent Revenue Growth and 52 Percent Net

10   Income Growth."  The press release stated in relevant part:

11   Brocade Communications Systems, Inc., reported financial results today for the third
     fiscal quarter ended July 27, 2002 (Q3 02).  In Q3 02, net revenues were $151.2
12   million, an increase of 30 percent over the $116.3 million reported in the third fiscal
     quarter of 2001 (Q3 01), and an increase of 12 percent over the $135.0 million
13   reported in the second fiscal quarter of 2002 (Q2 02).  Brocade exited Q3 02 with
     $18.3 million in deferred revenue, an increase of $2.2 million from Q2 02.
14
     Net income for Q3 02 was $18.3 million, an increase of 52 percent from the$12.0
15   million reported in Q3 01 and a 31 percent increase from the $14.0 million reported
     in Q2 02. Diluted net income per share for Q3 02 was $0.08, an increase from the
16   $0.05 reported in Q3 01 and the $0.06 reported in Q2 02.

17   During Q3 02 cash, cash equivalents and investments increased by $34.6 million
     from Q2 02. Total cash, cash equivalents, and investments at the end of Q3 02 were
18   $882.3 million. For Q3 02, days sales outstanding were 53 days, consistent with that
     reported in Q2 02. Net inventory at the end of Q3 02 was $7.1 million.
19
     Greg Reyes, Brocade President and CEO, commented on the quarter: "We are
20   extremely pleased with our results for the third fiscal quarter of 2002. In today's
     business environment, the value proposition for Brocade Storage Area Networks
21   (SANs) resonates more powerfully than ever, allowing companies to optimize asset
     utilization, increase productivity, and significantly reduce the total cost of ownership
22   of their storage environments. As companies continue to expand their SAN
     deployments utilizing a common storage networking architecture, SANs are
23   emerging as the critical building block to enable storage and server consolidation;
     secure, efficient data backup; and lower cost high availability and business
24   continuity."

25   Reyes continued, "Our vision and product leadership, strong OEM and industry
     partnerships, and unrelenting focus on execution, combined with our installed base of
26   more than 1.8 million Brocade Fibre Channel ports, uniquely position Brocade to
     capitalize on the expanding market opportunity for intelligent SAN infrastructure."

27

28

COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS
CASE NO.
W:\STULL\BROCADE\PLD\Complaint.wpd

1          30.     On November 5, 2002, Brocade announced its planned stock-for-stock acquisition of

2   Rhapsody Networks, Inc. ("Rhapsody"), wherein the Company offered to issue approximately 20

3   million shares of Brocade stock in exchange for Rhapsody.  By issuing stock at inflated prices the

4   Company was able to make the acquisition less dilutive to defendants' own shares.  Brocade

5   eventually completed the acquisition of Rhapsody issuing stock valued at $129.3 million.

6          31.     On November 5, 2002, the Company issued a press release entitled "Brocade

7   Announces Q4 and Fiscal 2002 Financial Results; Storage Networking Leader Achieves 31 Percent

8   Year over Year Revenue Growth in Q4 02; Reports Record Revenue for Fiscal 2002 of $562.4

9   Million."  The press release stated in relevant part:

> Brocade Communications Systems, Inc., announced today financial results for its
> fourth quarter ended October 26, 2002 (Q4 02).  For Q4 02, net revenue was $153.1
> million, an increase of 31 percent from $116.5 million reported in the fourth quarter
> of fiscal 2001 (Q4 01). This compares to $151.2 million reported in the third quarter
> of fiscal 2002 (Q3 02). For fiscal 2002 (FY 02), revenue was a record (562.4 million,
> an increase of 10 percent from $513.0 million reported in fiscal 2001 (FY 01).
>
> Net income for Q4 02 was $15.7 million, or $0.07 per share.  This compares to a net
> loss of $53.7 million for Q4 01 or $0.24 per share. For FY 02, net income was $59.7
> million or $0.25 per share, as compared to net income of $2.8 million or $0.01 per
> share, reported in FY 01.
>
> Deferred revenue at the end of Q4 02 was $22.4 million, an increase of $4.1 million
> from $18.3 million at the end of Q3 02. During Q4 02, gross margins were 58.5
> percent.
>
> During Q4 02 Brocade generated $20.6 million in cash flow from operations.  For the
> year, cash flow from operations was $110.6 million. Excluding the proceeds from the
> convertible debt offering, cash and investment balances grew by $95.6 million for
> FY 02.
>
> "As the storage networking market leader, we are pleased with our progress in
> expanding our leadership position in fiscal 2002. In a challenging economic
> environment we grew revenue and market share, expanded our intelligent platform
> for networking storage, increased our installed base to more than 2 million ports,
> strengthened our OEM relationships worldwide, and helped accelerate time to market
> for our broad ecosystem of partners," said Greg Reyes, Brocade Chairman and CEO.
>
> Brocade also announced today that it has realigned the organization and reduced its
> expense structure.  Brocade expects these and other actions to result in a cost savings
> of more than $8 million in the first quarter of fiscal 2003.  These actions include
> aligning the organization to better serve customers and streamlining management
> levels, resulting in a flatter, more efficient organization. These actions resulted in a
> workforce reduction of approximately 12 percent. Total employees worldwide is now
> approximately 1200.

14

1    Reyes continued, "Aligning the company required some difficult decisions, but we
     believe that we made the right decisions for the business. With the expense reduction
2    plan that we have implemented, and the strategic investments that we continue to
     make in our business, we believe that we are well positioned as the economy
3    recovers. Our technology and market leadership, large installed base, storage
     networking expertise, and the industry's broadest ecosystem of application partners
4    are a powerful combination that will uniquely position Brocade to lead the next
     phase of the evolution of the storage networking market."

5

6        32.    Brocade's November 5, 2002 press release, outlined above, overstated the

7    Company's FY 2002 EPS.

8        33.    On February 12, 2003, the Company issued a press release entitled "Brocade Reports

9    Financial Results for the First Quarter of Fiscal 2003; Storage Networking Leader Achieves

10   Business Optimization Targets and Expands Market Leadership Position." The press release stated

11   in relevant part:

12       Brocade Communications Systems, Inc., reported financial results today for its first
         quarter of fiscal year 2003 ended January 25, 2003 (Q1 03). Net revenue for Q1 03
13       was $123.1 million. This compares to $153.1 million reported in the fourth quarter
         of fiscal year 2002 (Q4 02), and $123.1 million reported in the first quarter of fiscal
14       year 2002 (Q1 02).

15       Pro forma net income for Q1 03 was $0.3 million or $0.00 per share. Pro forma net
         income excludes a restructuring charge of $10.1 million associated with the 12
16       percent reduction workforce that was announced on November 21, 2002. Reporting
         on a Generally Accepted Accounting Principles (GAAP) basis, net loss for Q1 03
17       was $6.9 million, or $0.03 per share. This compares to GAAP net income for Q4 02
         of $15.7 million, or $0.07 per share, and GAAP net income of $11.7 million or $0.05
18       per share in Q1 02. A reconciliation between pro forma net income and net loss on a
         GAAP basis is provided in a table summary immediately following the Pro Forma
19       Condensed Consolidated Statements of Operations.

20       Greg Reyes, Brocade Chairman and CEO, commented on the quarter, "We are
         pleased with our financial results for the first quarter of fiscal year 2003. This was a
21       quarter of continued execution for Brocade. We met our business optimization goals,
         reducing operating expenses by 12 percent quarter over quarter, and continued to
22       expand our leadership position in delivering the industry's leading intelligent
         platform for networking storage, growing our installed base to 2.3 million Fibre
23       Channel ports and completing the acquisitions of Rhapsody Networks. By continuing
         the optimize and invest strategically in our business, we are positioned well for
24       renewed growth in 2003 as we continue to drive the next phase of the evolution of
         the storage networking market.

25
         34.    On May 14, 2003, the Company issued a press release entitled "Brocade Reports
26
     Second Quarter Fiscal 2003 Financial Results." The press release stated in relevant part:
27
         Brocade Communications Systems, Inc., reported today financial results for its
28       second quarter of fiscal year 2003, which ended April 26, 2003 (Q2 03). Net revenue

                                        15

for Q2 03 was $130.9 million, which compares to $123.1 million reported in the first quarter of fiscal year 2003 (Q1 03), and $135.0 million reported in the second quarter of fiscal year 2002 (Q2 02).

Reporting on a Generally Accepted Accounting Principles (GAAP) basis, net loss for Q2 03 was $146.0 million, or $0.57 per share. This compares to a GAAP net loss for Q1 03 of $6.9 million, or $0.03 per share, and GAAP net income of $14.0 million or $0.06 per share in Q2 02.

Non-GAAP net loss for Q2 03 was $1.0 million or $0.00 per share, as compared to non-GAAP net income of $0.3 million or $0.00 per share in Q1 03. There was no difference between GAAP and non-GAAP net income in Q2 02. Non-GAAP net income for Q2 03 excludes in-process research and development, deferred stock compensation and other acquisition costs related to the acquisition of Rhapsody Networks, Inc. (Rhapsody) in Q2 03, and severance, asset impairment, and other charges related to the restructuring of business operations that was announced on April 10, 2003. A reconciliation between GAAP and non-GAAP information is attached to this press release.

"I am pleased with the results that we have delivered in meeting our expectations of revenue, gross margin and operating expenses," said Greg Reyes, Brocade Chairman and CEO. "Moving forward, we remain committed to driving revenue growth and profitability."

35.    On August 13, 2003, the Company issued a press release entitled "Brocade Reports Third Quarter Fiscal 2003 Financial Results; Storage Networking Leader Increases Revenue, Net Income, and EPS On a Sequential Basis." The press release stated in relevant part:

Brocade Communications Systems, Inc., reported today financial results for its third quarter of fiscal year 2003 (Q3 03), which ended July 26, 2003. Net revenue for Q3 03 was $133.5 million, an increase from the $130.9 million reported in the second quarter of fiscal year 2003 (Q2 03). Net revenue reported in the third quarter of fiscal year 2002 (Q3 02) was $151.2 million.

Non-GAAP net income for Q3 03 was $2.0 million, or $0.01 per share, as compared to a non-GAAP net loss of $1.0 million or $0.00 per share in Q2 03. Non-GAAP net income for Q3 03 excludes deferred stock compensation related to the acquisition of Rhapsody Networks, Inc. (Rhapsody) that was completed in Q2 03. A reconciliation between GAAP and non-GAAP information is contained in the tables below.

Reporting on a Generally Accepted Accounting Principles (GAAP) basis, net income for Q3 03 was $1.9 million, or $0.01 per share. This compares to a GAAP net loss for Q2 03 of $146.0 million, or $0.57 per share, and GAAP net income of $18.3 million or $0.08 per share in Q3 02. There was no difference between GAAP and non-GAAP net income in Q3 02.

"We are pleased with our results for our third fiscal quarter in which we delivered increased revenue, operating income, and earnings per share to our shareholders," said Greg Reyes, Brocade President and CEO. "Although the economic environment continues to be challenging, storage area networking remains an important area of IT investment as companies optimize their storage, server and application infrastructures to reduce cost and improve productivity. The actions that we have taken over the last several quarters have resulted in a more efficient and flexible

16

1    business model more closely aligned with our go to market strategy. Moving
     forward, we are confident of our market position, and believe that we are well
2    positioned for continued revenue and earnings growth."

3        36.    On November 20, 2003, the Company issued a press release entitled "Brocade

4    Reports Fourth Quarter and Fiscal Year 2003 Results; Storage Networking Leader Increases

5    Revenue, Net Income, and EPS on a Sequential Basis." The press release stated in relevant part:

6        Brocade Communications Systems, Inc., reported today financial results for its fourth
         quarter (Q4 03) and fiscal year 2003 (FY 03), which ended October 25, 2003. Net
7        revenue for Q4 03 was $137.8 million, an increase of three percent from the $133.5
         million reported in the third quarter of fiscal year 2003 (Q3 03). Net revenue
8        reported in the fourth quarter of fiscal year 2002 (Q4 02) was $153.1 million. Net
         revenue for FY 03 was $525.3 million, as compared to net revenue of $562.4 million
9        reported in fiscal year 2002 (FY 02).

10       Non-GAAP net income for Q4 03 was $4.6 million, or $0.02 per share, as compared
         to a non-GAAP net income of $2.0 million, or $0.01 per share, in Q3 3. Non-GAAP
11       net income for Q4 03 excludes gains related to repurchases of convertible
         subordinated debt, a gain on the disposition of private strategic investments, a
12       reduction of previously recorded restructuring costs, and deferred stock
         compensation expense related to the acquisition of Rhapsody Networks, Inc. For FY
13       03, non-GAAP net income was $5.6 million, or $0.02 per share. Non-GAAP net
         income for FY 03 excludes gains related to repurchases of convertible subordinated
14       debt, net gains on the disposition of private strategic investments, restructuring costs,
         and deferred stock compensation and in-process research and development expenses
15       related to the Rhapsody acquisition.

16       37.    Brocade's November 20, 2003 press release, outlined above, overstated the

17   Company's FY 2003 EPS.

18       38.    On February 11, 2004, the Company issued a press release entitled "Brocade Reports

19   First Quarter of Fiscal 2004 Results; Revenues Increase 5% Sequentially and 18% Year Over Year."

20   The press release stated in part:

21       Brocade Communications Systems, Inc., reported today financial results for its first
         quarter of fiscal year 2004 (Q1 04) which ended January 24, 2004. Net revenues for
22       Q1 04 was $145.0 million, an increase of five percent from the $137.8 million
         reported in the fourth quarter of fiscal year 2003 (Q4 03) and an increase of 18
23       percent from $123.1 million reported in the first quarter of fiscal 2003 (Q1 03).

24       "Our first quarter was a good one, and fiscal 2004 is off to an excellent start for
         Brocade. During the first quarter, we saw revenue growth across our entire business,"
25       said Greg Reyes, Brocade Chairman and CEO. "This represents our 4th quarter in a
         row of improved revenue, gross margin and operating margin. With our upcoming
26       product cycle and improving trends in the storage sector, we continue to be confident
         in our market position and future prospects."
27
         Non-GAAP net income for Q1 04 was $8.0 million, or $0.03 per share, as compared
28       to non-GAAP net income of $4.6 million, or $0.02 per share, reported in Q4 03 and

                                      17

non-GAAP net income of $0.0 million, or $0.00 per share, reported in Q 03. Non-GAAP net income for Q1 04 excludes gains related to repurchases of convertible subordinated debt, deferred stock compensation expense related to the acquisition of Rhapsody Networks, Inc. (Rhapsody), and lease termination, facilities consolidation and other related costs. Non-GAAP net income for Q4 03 excludes gains related to repurchases of convertible subordinated debt, a gain on the disposition of private strategic investments, a reduction of previously recorded restructuring costs, deferred stock compensation expense related to the acquisition of Rhapsody. Non-GAAP net income for Q1 03 excludes net gains on the disposition of private strategic investments and restructuring costs associated with a company-wide workforce reduction in Q1 03. A reconciliation between GAAP and non-GAAP information is contained in the tables below.

Reporting on a GAAP basis, net loss for Q1 04 was $36.8 million, or $(0.14) per share. This compares to GAAP net income for Q4 03 of $14.8 million, or $0.06 per share, and GAAP net loss for Q1 03 of $6.9 million, or $(0.03) per share.

39.    On May 19, 2004, the Company issued a press release entitled "Brocade Reports Second Quarter of Fiscal 2004 Results; Revenues and Gross Margins Increase for Fifth Consecutive Quarter." The press release stated in part:

Brocade Communications Systems, Inc., reported today financial results for its second quarter of fiscal year 2004 (Q2 04) which ended May 1, 2004. Net revenues for Q2 04 was $145.6 million, a slight increase from $145.0 million reported in the first quarter of fiscal year 2004 (Q1 04) and an increase of 11 percent from $130.9 million reported in the second quarter of fiscal 2003 (Q2 03).

"In addition to delivering our fifth consecutive quarter of improvement in revenue and gross margin, during the quarter we continued to execute on our long term strategy by extending our product portfolio with four major product introductions," said Greg Reyes, Brocade Chairman and CEO. "We also strengthened the company's position across the entire spectrum of the SAN market and have set the stage to accelerate the achievement of our previously stated financial model targets by a full year.

Non-GAAP net income for Q2 04 was $8.1 million, or $0.03 per share, as compared to non-GAAP net income of $8.0 million, or $0.03 per share, reported in Q1 04 and non-GAAP net loss of $1.1 million, or $(0.00) per share, reported in Q2 03. Non-GAAP net income for Q2 04 excludes restructuring charges, settlement cost of a claim associated with the acquisition of Rhapsody Networks, Inc. (Rhapsody), deferred stock compensation expense related to Rhapsody, and gains on the disposition of private strategic investments. Non-GAAP net income for Q1 04 excludes lease termination, facilities consolidation and other related costs, deferred stock compensation expense related to the acquisition of Rhapsody, and gains related to repurchases of convertible subordinated debt. Non-GAAP net loss for Q2 03 excludes restructuring charges, in-process research and development, and deferred stock compensation expense related to the acquisition of Rhapsody. A reconciliation between GAAP and non-GAAP net income (loss) is contained in the tables below.

Reporting on a GAAP basis, net loss for Q2 04 was $2.0 million, or $(0.01) per share. This compares to GAAP net loss for Q1 04 of $36.8 million, or $(0.14) per share, and GAAP net loss for Q2 03 of $146.0 million, or $(0.57) per share.

18

Next Phase of Business Model Organization

Building on its continued positive financial performance, improved operational efficiencies, and successful execution of product development programs, Brocade today announced the next phase of its plan to optimize the company's business model to drive improved profitability while sustaining revenue growth. This phase of the plan encompasses organizational changes that include a reduction in force of 100 employees, focusing of resources to better support OEM partners, and continued investments in intelligent SAN switching technology. As a result, Brocade will incur a $10.5 million restructuring charge for severance, asset impairments, and contract terminations. (See today's press release: "Brocade Announces Next Stage in Strategic Growth and Market Segmentation Plan").

In addition, Brocade announced that it has recently settled a claim with former Rhapsody shareholders regarding the Earn-Out Payment associated with the Rhapsody merger agreement. As disclosed in Brocade's Form 10-K for the fiscal year ended October 25, 2003 and Q1 04 Form 10-Q, Brocade did not issue the 2.9 million Earn Out shares because Brocade believed that the milestones for making the Earn Out Payment were not met. "We continue to believe that the terms of the contract were not met," said Reyes. "However, in the best interest of all concerned, we determined it was better to settle than litigate in a costly and protracted legal dispute." As a result of the settlement Brocade has recorded a $6.9 million charge and will issue 1.3 million shares of common stock to the former Rhapsody shareholders.

40.    On August 12, 2004, the Company issued a press release entitled "Brocade Announces Preliminary Q3 2004 Results; Revenue on Track, Exceeds EPS Guidance." The press release stated in relevant part:

Brocade Communications Systems, Inc., the world's leading provider of infrastructure solutions for Storage Area Networks (SANs), today announced preliminary results for the third quarter of fiscal 2004 (Q3 04) ended July 31, 2004. Brocade expects to report net revenue for Q3 04 in a range of $149.5 to $150.5 million and GAAP net income per share of $0.06 to $0.07. The GAAP earnings include a pre-tax gain of $3.5 million, equivalent to $0.01 per share, related to repurchases of $47.4 million of the company's convertible subordinated debt.

"I am pleased to announce that revenue that is in line with our previous outlook and better than expected EPS," said Greg Reyes, Brocade Chairman and CEO. "Given the unusually large number of pre-announcements by storage related companies with lower than expected financial results, we believe that it is important to provide our preliminary results so the market can assess Brocade's performance and competitive position accurately."

41.    On November 22, 2004, the Company issued a press release entitled "Brocade Reports Fourth Quarter and Fiscal Year 2004 Results; Record Annual Revenue of $596.3 Million Increases 14% Year Over Year Fourth Quarter Operating Margin Increases to 16%." The press release stated in relevant part:

COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS
CASE NO.
W:\STULL\BROCADE\PLD\Complaint.wpd

Brocade Communications Systems, Inc., reported today financial results for its fourth quarter (Q4 04) and fiscal year 2004 (FY 04) which ended October 30, 2004. Net revenues for Q4 04 were $155.6 million, an increase of four percent from $150.0 million reported in the third quarter of fiscal year 2004 (Q3 04) and an increase of 13 percent from $137.8 million reported in the fourth quarter of fiscal 2003 (Q4 03). Net revenues for FY 04 were $596.3 million, an increase of 14 percent from $525.3 million reported in fiscal year 2003 (FY 03).

Non-GAAP net income for Q4 04 was $128.6 million, or $0.07 per share, as compared to non-GAAP net income of $15.2 million, or $0.06 per share, reported in Q3 04 and non-GAAP net income of $4.6 million, or $0.02 per share, reported in Q4 03. Non-GAAP net income for Q4 04 excludes deferred stock compensation expense related to Rhapsody Networks, Inc. (Rhapsody), a reduction of previously recorded restructuring costs, and gains related to repurchases of the Company's convertible subordinated debt. Non-GAAP net income for Q3 04 excludes deferred stock compensation expense related to the acquisition of Rhapsody, gains related to repurchases of the Company's convertible subordinated debt, and gains on the disposition of private strategic investments. Non-GAAP net income for Q4 03 excludes deferred stock compensation expense related to the acquisition of Rhapsody, a reduction of previously recorded restructuring costs, gains related to repurchases of the Company's convertible subordinated debt, and gains on the disposition of private strategic investments. A reconciliation between GAAP and non-GAAP net income is contained in the tables below.

Reporting on a GAAP basis, net income for Q4 04 was $20.4 million, or $0.08 per share basic and diluted. This compares to GAAP net income for Q3 04 of $17.0 million, or $0.06 per share diluted, $0.07 per share basic, and GAAP net income for Q4 03 of $14.8 million, or $0.06 per share basic and diluted.

"Fiscal 2004 was a good year for Brocade and I am very proud of our results," said Greg Reyes, Brocade Chairman and CEO. "During the year we expanded and extended our product line, introduced new products in new segments, executed on our business strategy, achieved our financial model targets, and strengthened the overall position of the company."

42.     Brocade's November 22, 2004 press release, outlined above, overstated the Company's FY 2004 EPS.

43.     On January 6, 2005, the Company issued a press release entitled "Brocade Communications to Restate Financial Statements; Company Currently Expects Adjustments to Relate to Stock Compensation; Company Plans to Delay the Filing of its Form 10-K for Fiscal Year Ending October 30, 2004." The press release stated in relevant part:

Brocade Communications Systems, Inc., the world's leading provider of infrastructure solutions for Storage Area Networks (SANs), announced today that it currently expects to restate its financial statements for fiscal years ending 2002 and 2003 to record additional stock-based compensation expense as a result of an internal review. During the course of the review, which is still ongoing, the Company determined that the way in which it accounted for stock option grants was incorrect and requires restatement. The Company currently expects the restatement to relate to

20

COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS
CASE NO.
W:\STULL\BROCADE\PLD\Complaint.wpd

stock compensation. The Company does not currently anticipate any material adjustments to its historical revenues, non-stock option related operating expenses or cash positions. The Company expects related adjustments will be made to the Company's financial statements for fiscal years prior to 2002, as necessary.

Specifically, the Company has determined it incorrectly accounted for, and will record historical stock-based compensation charges relating to (i) grants that were made to new hires on their offer acceptance date, rather than the date of their commencement of employment, during the period May 1999 to July 2000, and (ii) grants that were made to persons engaged on a part-time basis prior to their new hire full-time employment during the period August 2000 to October 2002.

Brocade's audit committee is conducting the internal review with the assistance of outside counsel and accountants, both of whom were retained for this purpose. The review is ongoing. There can be no assurance that additional adjustments will not be required. The Audit Committee expects to complete the review process in the next few weeks. The Company intends to provide more information as soon as it is available.

"Our core business remains strong and the restatement does not affect the underlying fundamentals of our business. We continue to successfully execute on our strategies and plans and to further strengthen the overall position of the Company," said Greg Reyes, Brocade Chairman and Chief Executive Officer."

44. On January 24, 2005, the Company issued a press release entitled "Brocade Announces the Completion of Audit Committee Internal Review; All Adjustments Are Non Cash and Related to Stock-Based Compensation and Associated Tax Adjustments." The press release stated in relevant part:

Brocade Communications Systems, Inc., the world's leading provider of infrastructure solutions for Storage Area Networks (SANs), announced today that its Audit Committee has completed its previously announced internal review. As a result of the findings of the review, the Company expects to record additional stock-based compensation charges, which are non-cash. In addition, the Company expects to record a valuation allowance associated with deferred tax assets related to previously recorded stock option tax benefits.

The Company affirmed that none of the adjustments impact historical revenues, cash positions, or non-stock option related operating expenses. The Company emphasized that its core business remains strong and the financial restatement does not affect the underlying fundamentals of the business. Brocade is working to prepare revised financial statements to reflect the net stock compensation expenses and associated income tax effect. Brocade will provide more information as soon as it is available.

The table below reflects the Company's expectations of the approximate impact to the Company's Pre-tax Income (Loss) and Net Income (Loss):

| (Amounts in Millions (1)) | FY02 (1) | FY03 (1) | FY04 (1) |
|---|---|---|---|
| Pre tax income (loss) as reported | $84 | $(134) | $(16) |

COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS
CASE NO.
W:\STULL\BROCADE\PLD\Complaint.wpd

| | | | |
|---|---|---|---|
| Adjustments to pre tax income (loss): | | | |
| Stock based compensation | 47 | (1) | (2) |
| Adjusted pre tax income (loss) | $131 | $(135) | $(18) |
| Income tax provision (benefit) as reported | 24 | 2 | (14) |
| Adjustment to tax provision (benefit): | | | |
| Changes in effective tax rate | (19) | 10 | 28 |
| Adjusted tax provision (benefit) | $5 | $12 | $14 |
| Net income (loss) as restated | $126 | $(147) | $(32) |
| Net income (loss) as reported | $60 | $(136) | $(2) |
| Change in reported net income | $66 | $(11) | $(30) |

(1) The amounts provided are estimates and subject to audit. The Company has not yet filed its Form 10-K report for the Year Ended October 30, 2004, and there can be no assurance that these amounts may not change.

As announced on January 6, the Company determined it incorrectly accounted for, and would record historical stock-based compensation charges related to, (I) grants that were made to new hires on their offer acceptance date, rather than the date of their commencement of employment, during the period May 1999 to July 2000, and (ii) grants that were made to persons engaged on a part-time basis prior to their new hire full-time employment during the period August 2000 to October 2002.

Upon completion of the internal review, the Audit Committee further determined that there was insufficient basis to rely on the Company's process and related documentation to support recorded measurement dates used to account for certain stock options granted prior to August 2003. As a result, the Company will record additional stock-based compensation charges relating to many of its stock option grants from the periods 1999 through the third quarter of fiscal 2003. In addition, it was concluded that there were improprieties in connection with the documentation of stock option grants and related employment records of a small number of employees prior to mid 2002, which resulted in immaterial adjustments included in this restatement.

These charges will affect the previously filed financial statements for fiscal years 2002 and 2003. The Company also expects to make stock based compensation and associated income tax adjustments to previously reported fiscal year 2004 financial results. These adjustments relate solely to matters pertaining to stock options granted prior to August 2003. For years prior to 2002, the Company will reduce previously reported net income by approximately $304 million (consisting of a reduction to net income in years 1999 and 2000 of $15 million and $1,019 million, respectively, and an increase to net income in 2001 of $730 million) relating solely to stock based compensation and associated income tax adjustments. The Company will calculate the additional historical stock based compensation charges using the variable method of accounting under APB 25. The stock compensation and related tax adjustments are all non-cash.

COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS
CASE NO.
W:\STULL\BROCADE\PLD\Complaint.wpd

As a result of the stock compensation adjustments, the Company's deferred tax assets previously recognized have now been fully reserved. The Company expects to realize a tax benefit in future reporting periods when it is able to utilize its Net Operating Losses to offset future Income. This will result in a lower future effective income tax rate than previously expected.

Brocade also announced today that Michael Klayko, previously Vice President of Worldwide Sales, has been named Chief Executive Officer, and that David House, who previously served as lead outside director of the Company, has been named Executive Chairman of Brocade, effective immediately. Greg Reyes, who served in these positions for six years, will remain active as an employee advisor to Brocade. For more information, please see the press release entitled, "Brocade Announces Executive Appointments" issued today.

Brocade does not expect these developments to impact the timing of its release of financial results for the first quarter of fiscal year 2005, ending January 29, 2005, expected to occur on February 16, 2005.

45.     On May 2, 2005, the Company issued a press release entitled "Brocade Announces Preliminary Second Quarter Fiscal 2005 Results." The press release stated in relevant part:

Brocade Communications Systems, Inc., the world's leading provider of infrastructure solutions for Storage Area Networks (SANs), today announced preliminary results for the second quarter of fiscal 2005 (Q2 05), ending April 30, 2005. Brocade expects to report net revenue for Q2 05 in a range of $144 to $155 to $161 million, which is below previous guidance issued on February 16, 2006 of $151 to $161 million, and diluted GAAP net income per share of $0.07. The company expects non-GAAP results to be generally consistent with GAAP results. These preliminary results compare to net revenue of $161.6 million and diluted GAAP net income per share of $ 0.10, for the first quarter of fiscal 2005 (Q1 05) and net revenue of $145.6 million and GAAP diluted net income per share of $ .01 for the second quarter of fiscal 2004 (Q2 04). As previously disclosed, fiscal 2004 was a 53-week year instead of a 52-week year and the extra week fell into Q2 04. As a result, net revenue in Q2 04 included approximately $5 to $6 million in additional revenue, without which net revenue of Q2 04 would have been approximately $140 million.

These preliminary results are based on management's initial estimates of operating results and there can be no assurance that the amounts may not change.

Brocade attributed the revenue shortfall to greater seasonality than expected, reflecting a lower level of enterprise spending, and an extended sales cycle causing business from end customers to push outside of the quarter.

"Our sales pipeline indicates that the underlying fundamentals of our business remain intact, and while we are disappointed to miss our original guidance, we continue to management expenses and remain at a healthy level of profitability," said Michael Klayko, CEO. "As reported recently by several industry observers, the storage environment in the last two weeks of March was weak and while April was a good month, it was not enough to offset the weakness in March. As we enter the third fiscal quarter, our sales pipeline continues to grow and the pipeline we see today is a stronger one than it was entering our second quarter," continued Klayko.

COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS
CASE NO.
W:\STULL\BROCADE\PLD\Complaint.wpd

1   Brocade will report final financial results for its second quarter fiscal year 2005 on
2   Wednesday, May 18, 2005 after the close of market.

3       46.     Then, on May 16, 2005, before the markets opened, the Company issued press

release entitled "Brocade Restates Financial Statements to Reflect Additional Stock-Based
4
Compensation Expense; Company Affirms That None of the Adjustments Impact Historical
5
Revenues, Cash Positions, or Non-Stock Related Operating Expenses." The press release stated in
6
relevant part:
7

8       Brocade Communications Systems, Inc., announced today that the Company will
        restate its financial statements for the fiscal years ending 2002 through 2004 to
9       record additional charges for stock-based compensation expense. The Company
        affirmed that none of the charges will have an impact on Brocade's historical
10      revenues, cash positions, or non-stock option related operating expenses. The
        company expects related adjustments will be made to the Company's financial
11      information for fiscal 2001, as necessary.

12      Following the completion of an Audit Committee review announced on January 24,
        2005, additional information came to the Company's attention that indicated that its
13      guidelines regarding stock option granting practices were not followed during the
        period from August 2003 through November 2004. After further review, the
14      Company concluded that it could not rely on the documentation used to support the
        recorded measurement dates for stock options granted in that period. As a result, the
15      Company will restate its financial statements to account for additional stock-based
        compensation for stock options granted from August 2003 through November 2004.
16      The additional charges are expected to result in a cumulative increase in non-cash
        stock option compensation expense of $0.8 million over fiscal years 2003 and 2004.

17      After discovering the additional information regarding some noncompliance of its
        guidelines, the Company commenced a review of certain other practices that could
18      impact stock option accounting. This review determined that from 2001 through
        2004, the Company had not appropriately accounted for the cost of stock based
19      compensation for ceratin employees on leaves of Absences (LOA) and in transition
        roles prior to ceasing employment with Brocade. Prior to 2003, Brocade's LOA
20      policy allowed certain employees to continue vesting in their stock options and to
        have extended stock option exercise periods for up to three months from the start of
21      the LOA. The expected charges relate principally to options that continued to vest for
        employees who were on LOAs for a period greater than three months. The Company
22      also expects to record additional adjustments related to options that continued to vest
        for certain employees in transition roles. Management estimates the total increase in
23      non-cash compensation expense related to these matters to be in a range of
        approximately $31 to $52 million for fiscal years 2001 through 2004.
24
        Brocade's Audit Committee has commenced an independent review of the
25      Company's stock option accounting regarding LOAs. Based on that ongoing review,
        the Company's preliminary estimates of anticipated adjustments are subject to
26      change.

27      The table below the total effects of these combined adjustments and are the
        Company's preliminary estimate of the approximate impact to the Company's non-
28

                                            24

cash expenses and EPS. The Company does not currently expect that there will be any impact on non-cash expenses and EPS for any period in fiscal year 2005.

| Fiscal Year Ending: | Additional Non-Cash Expense | Reduction in EPS |
|---|---|---|
| 2001 | $12.0 - $26.0 million | $0.05 - $0.11 |
| 2002 | $19.0 - $23.0 million | $0.08 - $0.09 |
| 2003 | $0.2 - $0.8 million | $0.00 - $0.01 |
| 2004 | $0.8 - $2.8 million | $0.00 - $0.01 |

The Company also announced today that it has been informed that the Department of Justice (DOJ) is working with the SEC in a joint investigation regarding the Company's stock option granting practices. Brocade has no further information regarding the timing or scope of the investigation.

"It is not unusual in the current environment that multiple relevant government agencies will take an interest in these types of matters," said Michael Klayko, Brocade's newly appointed Chief Executive Officer. "We are cooperating fully with the SEC and DOJ and hope that the investigation can be concluded as quickly as possible." Klayko continued. "The Board and management teams are absolutely committed to the highest standard of accounting and continuously improving our internal controls and compliance with our policies. I have confidence in my tem and we remain focused on executing to our business plan."

## VIOLATIONS OF GAAP

47.     In fact, Brocade's financial has been false for at least four years due to its improper accounting for compensation expenses. As a result, Brocade's results were presented in violation of Generally Accepted Accounting Principles ("GAAP").

48.     GAAP are those principles recognized by the accounting profession as the conventions, rules, and procedures necessary to define accepted accounting practice at a particular time. Regulation S-X, (17 C.F.R. § 210.4-01(a)(1)), states that financial statements filed with the SEC which are not prepared in compliance with GAAP are presumed to be misleading and inaccurate. Regulation S-X requires that interim financial statements must also comply with GAAP, with the exception that interim financial statements need not include disclosures that would be duplicative of disclosures accompanying annual financial statements.

49.     Pursuant to GAAP, as set forth in Accounting Principles Board Opinion ("APB") No. 20, the type of restatements and revisions announced by Brocade were to correct for material errors in previously issued financial statements. APB No. 20, ¶¶ 7-13. The restatement of past

COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS
CASE NO.
W:\STULL\BROCADE\PLD\Complaint.wpd

1  financial statements is a disfavored method of recognizing an accounting change as it dilutes

2  confidence by investors in the financial statements, it makes it difficult to compare financial

3  statements and it is often difficult, if not impossible, to generate the numbers when restatement

4  occurs. *Id.* ¶ 14. Thus, GAAP provides that financial statements should only be restated in limited

5  circumstances, *i.e.*, when there is a change in the reporting entity, there is a change in accounting

6  principles used or to correct an error in previously issued financial statements. Brocade's

7  restatements and revisions were not due to a change in reporting entity or a change in accounting

8  principle, but rather to errors in previously issued financial statements. Thus, the restatements and

9  revisions were an admission by defendants that Brocade's previously issued financial results and its

10  public statements regarding those results were false and misleading. Moreover, immaterial

11  corrections are not required to be restated. APB No. 20, ¶ 38. Thus, the restatement indicates that

12  the errors were material.

13       50.    As a result of these materially false and misleading statements and failures to

14  disclose, Brocade's publicly traded securities traded at distorted prices during the Class Period.

15  Plaintiff and other members of the Class purchased or otherwise acquired Brocade publicly traded

16  securities relying upon the integrity of the market price of Brocade publicly traded securities and

17  market information relating to Brocade, and have been damaged thereby.

18                 **ADDITIONAL SCIENTER ALLEGATIONS**

19       51.    As alleged herein, defendants acted with scienter in that defendants knew that the

20  public documents and statements issued or disseminated in the name of the Company were

21  materially false and misleading; knew that such statements or documents would be issued or

22  disseminated to the investing public; and knowingly and substantially participated or acquiesced in

23  the issuance or dissemination of such statements or documents as primary violations of the federal

24  securities laws. Defendants, by virtue of their receipt of information reflecting the true facts

25  regarding Brocade, their control over, and/or receipt and/or modification of Brocade's allegedly

26  materially misleading misstatements and/or their associations with the Company which made them

27  privy to confidential proprietary information concerning Brocade, participated in the fraudulent

28  scheme alleged herein.

1    52.    Defendants were further motivated to engage in this course of conduct in order to

2    (i) sell $550 million in 2% convertible subordinated roles due 2007 in December 2001 and January

3    2002, on more favorable terms than it would have had the truth been known; and (ii) enable the

4    Individual Defendants to sell over 4.9 million shares of their personally held Brocade stock and

5    thereby reap over $40 million in gross proceeds.

6                                **STATUTORY SAFE HARBOR**

7    53.    The statutory safe harbor providing for forward-looking statements under certain

8    circumstances does not apply to any of the false forward-looking statements pled in this Complaint.

9    None of the forward-looking statements pled herein were sufficiently identified as a

10   "forward-looking statement" when made. Nor did meaningful cautionary statements identifying

11   important factors that could cause actual results to differ materially from that in the forward-looking

12   statements accompany those statements. To the extent that the statutory safe harbor does apply to

13   any forward-looking statements pled, the defendants are liable for those false forward-looking

14   statements because at the time each of those statements was made, the speaker actually knew the

15   forward-looking statement was false and the forward-looking statement was authorized and/or

16   approved by an executive officer of Brocade who actually knew that those statements were false

17   when made.

18                          **PLAINTIFF'S CLASS ACTION ALLEGATIONS**

19   54.    Plaintiff brings this action as a class action pursuant to Rule 23(a) and (b)(3) of the

20   Federal Rules of Civil Procedure on behalf of a Class consisting of all persons and entities who

21   purchased or otherwise acquired Brocade common stock from February 21, 2001 to May 15, 2005,

22   inclusive, and who were damaged thereby. Excluded from the Class are defendants, officers and

23   directors of the Company, members of their immediate families, and their legal representatives,

24   heirs, successors or assigns and any entity in which defendants have or had a controlling interest.

25   55.    During the Class Period, thousands of shares of common stock of Brocade were

26   traded on an efficient and developed securities market. Thousands of brokers nationwide have

27   access to trading information about Brocade through the system. Within minutes of any transaction

28   taking place, this system displays the most recent trades and prices.

COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS
CASE NO.
W:\STULL\BROCADE\PLD\Complaint.wpd

56.     The members of the Class are so numerous that joinder of all members is impracticable. While the exact number of Class members is unknown to plaintiff at this time and can only be ascertained through appropriate discovery, plaintiff believes that there are thousands of members of the Class. During the Class Period, Brocade had over 268.5 million shares of common stock outstanding and actively traded on NASDAQ, an efficient market, under the ticker symbol "BRCD."

57.     Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by defendants' wrongful conduct in violation of federal law that is complained of herein.

58.     Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiff has no interests that are adverse or antagonistic to those of the Class.

59.     A class action is superior to other available methods for the fair and efficient adjudication of this controversy. Because the damages suffered by many individual Class members may be relatively small, the expense and burden of individual litigation makes it virtually impossible for the Class members to individually seek redress for the wrongful conduct alleged herein.

60.     Common questions of law and fact exist as to all members of the Class and predominate over any questions affecting solely individual members of the Class. Among the questions of law and fact common to the Class are:

a.     whether the federal securities laws were violated by defendants' acts as alleged herein;

b.     whether defendants participated in and pursued the common course of conduct complained of herein;

c.     whether documents, press releases and other statements disseminated to the investing public and the Company's shareholders during the Class Period misrepresented the business condition of Brocade;

1    d.    whether defendants failed to correct prior statements when subsequent events

2    rendered those prior statements untrue or inaccurate;

3    e.    whether defendants acted willfully or recklessly in misrepresenting and/or

4    omitting to state material facts;

5    f.    whether the market price of Brocade's common stock during the Class Period

6    was artificially inflated due to the misrepresentations and/or non-disclosures complained of herein;

7    and

8    g.    whether the members of the Class have sustained damages, and, if so, what is

9    the proper measure thereof.

10    61.    Plaintiff will rely, in part, upon the presumption of reliance established by the

11    fraud-on-the-market doctrine in that:

12    a.    defendants made public misrepresentations or omitted material facts during

13    the Class Period, as alleged herein;

14    b.    the misrepresentations and/or omissions were material;

15    c.    Brocade's common stock was traded in an efficient market;

16    d.    the misrepresentations and/or omissions alleged tended to induce reasonable

17    investors to misjudge the value of Brocade shares; and

18    e.    plaintiff and members of the Class acquired their shares between the time

19    defendants made the misrepresentations and/or omissions and the time the truth was revealed,

20    without knowledge of the falsity of the misrepresentations.

21    **ECONOMIC LOSS**

22    62.    During the Class Period, as detailed herein, defendants engaged in a scheme to

23    deceive the market and a course of conduct that artificially inflated Brocade's stock price and

24    operated as a fraud or deceit on Class Period purchasers of Brocade stock by misrepresenting the

25    Company's business success and future business prospects. When defendants' prior

26    misrepresentations were revealed to the market, Brocade stock fell as investors refused to further

27    pay for the stock's prior artificial inflation. As a result of their purchases of Brocade stock during

28

COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS
CASE NO.
W:\STULL\BROCADE\PLD\Complaint.wpd

1    the Class Period, plaintiff and other members of the Class suffered economic loss, i.e., damages

2    under the federal securities laws.

3        63.    During the Class Period, the defendants presented a misleading picture of Brocade's

4    business and prospects. Thus, instead of truthfully disclosing during the Class Period that Brocade's

5    business was not as healthy as represented, defendants caused Brocade to falsely report its results

6    and forecasted earnings.

7        64.    These false claims of current earnings that met expectations and strong future results

8    caused and maintained the artificial inflation in Brocade's stock price throughout the Class Period

9    and until the truth was revealed to the market.

10       65.    Defendants' false and misleading statements had the intended effect and caused

11   Brocade stock to trade at artificially inflated levels throughout the Class Period, reaching as high as

12   $55.25 during the Class Period.

13       66.    On January 6, 2005, defendants were forced to publicly disclose that Brocade would

14   restate its results due to adjustments to compensation expense. Later, on May 2, 2005, Brocade

15   admitted that its Q2 2005 results would be much lower than its previous forecasts. Then, on May

16   16, 2005, Brocade disclosed more about the extent of the misstated earnings and that the Company

17   was being investigated by the DOJ. These public revelations indicated that Brocade's fiscal 2005

18   financial results would be much worse than prior representations, that Brocade had failed to achieve

19   the results represented through its past reported earnings and that the Company's prospects for

20   business success and earnings growth for fiscal 2005 and beyond were severely diminished. As

21   investors and the market became aware that Brocade's actual business prospects were poorer than

22   represented, which had been obfuscated by defendants, the prior artificial inflation came out of

23   Brocade's stock price, damaging investors.

24       67.    As a direct result of defendants' admissions and the public revelations regarding the

25   truth about Brocade's previously reported financial results and its actual business prospects going

26   forward, Brocade's stock price plummeted over 92% from its Class Period high. This drop removed

27   the inflation from Brocade's stock price, causing real economic loss to investors who had purchased

28   the stock during the Class Period. In sum, as the truth about defendants' fraud and Brocade's

COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS
CASE NO.
W:\STULL\BROCADE\PLD\Complaint.wpd

1    business performance was revealed, the Company's stock price plummeted, the artificial inflation

2    came out of the stock and plaintiff and other members of the Class were damaged, suffering

3    economic loss.

4         68.    The decline in Brocade's stock price at the end of the Class Period was a direct

5    result of the nature and extent of defendants' fraud finally being revealed to investors and the

6    market. The timing and magnitude of Brocade's stock price declines negate any inference that the

7    loss suffered by plaintiff and other Class members was caused by changed market conditions,

8    macroeconomic or industry factors or Company-specific facts unrelated to the defendants'

9    fraudulent conduct. During the same period in which Brocade's stock price fell as a result of

10   defendants' fraud being revealed, the Standard & Poor's 500 securities index was flat. The

11   economic loss, *i.e.*, damages, suffered by plaintiff and other members of the Class was a direct result

12   of defendants' fraudulent scheme to artificially inflate Brocade's stock price and the subsequent

13   significant decline in the value of Brocade's stock when defendants' prior misrepresentations and

14   other fraudulent conduct was revealed.

### COUNT I

**(Violations of Section 10(b) of the Exchange Act
and Rule 10-5 Promulgated Thereunder)**

18        69.    Plaintiff incorporates by reference the above paragraphs above as if set forth fully

19   herein.

20        70.    During the Class Period, the defendants, and each of them, carried out a plan, scheme

21   and course of conduct which was intended to and, throughout the Class Period, did: (I) deceive the

22   investing public, including plaintiff and the other class members, as alleged herein; (ii) artificially

23   inflate and maintain the market price of Brocade; and (iii) cause plaintiff and other members of the

24   Class to purchase Brocade securities at inflated prices. In furtherance of this unlawful scheme, plan

25   and course of conduct, defendants, and each of them, took the actions set forth herein.

26        71.    Defendants (a) employed devices, schemes, and artifices to defraud; (b) made untrue

27   statements of material fact and/or omitted to state material facts necessary to make the statements

28   not misleading; and (c) engaged in acts, practices, and a course of business which operated as a

COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS
CASE NO.
W:\STULL\BROCADE\PLD\Complaint.wpd

fraud and deceit upon the purchasers of the Company's stock in an effort to maintain artificially high market prices for Brocade securities in violation of section 10(b) of the Exchange Act and Rule 10b-5.

72.    The statements made by defendants during the Class Period were materially false and misleading because at the time they were made, the Company and persons acting as corporate officers knew or recklessly ignored, but failed to disclose, the matters set forth herein.

73.    In ignorance of the artificially high market prices of Brocade' publicly traded securities, and relying directly on defendants or indirectly on the false and misleading statements made by defendants, upon the integrity of the market in which the securities trade, on the integrity of the regulatory process and the truth of representations made to appropriate agencies throughout the Class Period and/or on the absence of material adverse information that was known to defendants but not disclosed in public statements by defendants during the Class Period, plaintiff and the other members of the Class acquired Brocade securities during the Class Period at artificially high prices and were damaged thereby.

74.    Had plaintiff and the other members of the Class and the marketplace known of the true financial condition, business prospects and character of leadership of Brocade which were not disclosed by defendants, plaintiff and other members of the Class would not have purchased or otherwise acquired their Brocade securities during the Class Period, or would have not done so at the artificially inflated prices which they paid.  Hence, plaintiff and the Class were damaged by defendants' violations of Section 10(b) and Rule 10b-5.

## COUNT II

**(Violation of Section 20(a) of the Exchange Act**
**Against the Individual Defendants)**

75.    Plaintiff incorporates by reference the above paragraphs above as if set forth fully herein.  This Count is asserted against defendants Reyes and Canova.

76.    Defendants Reyes and Canova acted as a controlling persons of Brocade within the meaning of Section 20 of the Exchange Act as alleged herein.  By reasons of his executive and

COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS
CASE NO.
W:\STULL\BROCADE\PLD\Complaint.wpd

1    managerial positions with Brocade, defendant Reyes had the power and authority to cause the

2    Company to engage in the wrongful conduct complained of herein.

3        77.    By reasons of the aforementioned wrongful conduct, defendants Reyes and Canova

4    are liable pursuant to Section 20(a) of the Exchange Act.  As a direct and proximate result of their

5    wrongful conduct, plaintiff and the other members of the Class suffered damages in connection with

6    purchasing the Company's securities during the Class period.

7        **WHEREFORE**, plaintiff prays for relief and judgment, as follows:

8        1.    Determining that this action is a proper class action, certifying plaintiff as class

9            representative under Rule 23 of the Federal Rules of Civil Procedure and his counsel

10            as class counsel;

11        2.    Awarding compensatory damages in favor of plaintiff and the other class members

12            against all defendants, jointly and severally, for all damages sustained as a result of

13            defendants' wrongdoing, in an amount to be proven at trial, including interest

14            thereon;

15        3.    Awarding plaintiff and the Class their reasonable costs and expenses incurred in this

16            action, including counsel fees and expert fees; and

17        4.    Such other and further relief as the Court may deem just and proper.

18                            **JURY DEMAND**

19    Plaintiff hereby demands a trial by jury.

20

21    Dated: June 7, 2004                Patrice L. Bishop
                                    STULL, STULL & BRODY
22

23                            By: _Patrice Bishop_

24                                Patrice L. Bishop
                                    10940 Wilshire Boulevard
25                                Suite 2350
                                    Los Angeles, CA 90024
26                                Telephone:  (310) 209-2468
                                    Facsimile:  (310) 209-2087
27                                Email: service@ssbla.com

28    ///

                                    33

Jules Brody
Aaron Brody
Tzivia Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel:    (212) 687-7230
Fax:    (212) 490-2022
Email: ssbny@aol.com

Jordan Lurie
WEISS & LURIE
10940 Wilshire Boulevard
Suite 2400
Los Angeles, CA 90024
Tel:    (310) 208-2800
Fax:    (310) 209-2348
Email: info@wllawca.com

Attorneys for Plaintiff

34

COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS
CASE NO.
W:\STULL\BROCADE\PLD\Complaint.wpd

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 7, 2005

_Patrice Bishop_

Patrice L. Bishop
Attorney of Record for Plaintiff
Hai-Ning Huang

35

COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS
CASE NO.
W:\STULL\BROCADE\PLD\Complaint.wpd

## PLAINTIFF CERTIFICATION

Hai-Ning Huang _____ ("Plaintiff") hereby states that:

1.    Plaintiff has reviewed the complaint and has authorized the filing of the complaint on his/her behalf.

2.    Plaintiff did not purchase any common stock/securities of **Brocade Communication Systems, Inc.** at the direction of his/her counsel or in order to participate in this private action.

3.    Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary

4.    The following includes all of Plaintiff's transactions in **Brocade Communication Systems, Inc.** common stock/securities during the class period specified in the complaint:

| SECURITY (Common Stock, Call, Put, Bonds) | TRANSACTION (Purchase, Sale) | TRADE DATE | PRICE PER SECURITIES/SHARE | QUANTITY |
|---|---|---|---|---|
| Common Stock | | | | |
| Confirmation attached | Purchase | 07-06-01 | $37.47 | 500 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Please list other transactions on a separate sheet of paper, if necessary.**

5.    Plaintiff has not served or sought to serve as a representative party on behalf of a class under the federal securities laws during the last three years, unless otherwise stated in the space below:

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of a class except to receive his pro rata share of any recovery, or as ordered or approved by the court including the award to a representative party of reasonable costs and expenses including lost wages relating to the representation of the class.

Plaintiff declares under penalty of perjury that the foregoing is true and correct.

Executed this ___31___ day of ___May_____, 2005.

_____
Signature