COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
ANGELA L. DUNNING (212047) (adunning@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone:   (650) 843-5000
Facsimile:   (650) 857-0663

Attorneys for Defendant
BROCADE COMMUNICATIONS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAI-NING HUANG, WAY-LING HWANG, FRANK PETRUNO and GORDON A. MECCAY, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY L. REYES, ANTONIO CANOVA, NICHOLAS G. MOORE, DAVID L. HOUSE, SETH D. NIEMAN, CHRISTOPHER B. PAISLEY, NEIL DEMPSEY, BROCADE COMMUNICATIONS SYSTEMS, INC. and DOES 1 through 25,<br><br>Defendants. | Case No. CV 07-5950<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING BROCADE COMMUNICATIONS SYSTEMS, INC.'S MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE**<br><br>Date:         January 9, 2008<br>Time:        9:30 a.m.<br>Courtroom:  F<br><br>Magistrate Judge James Larson |

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

764030 v1/PA

[PROPOSED] ORDER GRANTING MTN TO DISMISS
CASE NO. CV 07-5950

1    The motion of defendant Brocade Communications Systems, Inc. ("Brocade") to dismiss this action pursuant to the Securities Litigation Uniform Standards Act of 1998, 15 U.S.C. §§ 77p, 78bb ("SLUSA"), was heard on _____ at _____ a.m. in this Court. Counsel for Brocade and for plaintiffs were in attendance and presented oral arguments. Having considered the parties' papers filed in support of and in opposition to the motion, Brocade's request for judicial notice, oral argument, and all other pleadings and papers on file herein, the Court finds as follows:

1. Plaintiffs' action is preempted under SLUSA. 15 U.S.C. §§ 77p(b); 78bb(f)(1).

2. Plaintiffs' action does not fall within the Delaware carve-out. 15 U.S.C. §§ 77p(d)(1); 15 U.S.C § 78bb(f)(3)(A).

3. Plaintiffs' action was properly removed to this Court pursuant to SLUSA. 15 U.S.C. §§ 77p(c); 78bb(f)(2).

Accordingly, **IT IS HEREBY ORDERED THAT:**

(a) Brocade's request for judicial notice is granted;

(b) Brocade's motion to dismiss is granted; and

(c) Plaintiffs' action is dismissed in its entirety without leave to amend.

**IT IS SO ORDERED.**

Dated:_____

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

764030 v1/PA

1

[PROPOSED] ORDER GRANTING MTN TO DISMISS
CASE NO. CV 07-5950