**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAI-NING HUANG,

       Plaintiff,

v.

GREGORY L REYES,

       Defendant.
       _____/

No. C 07-05950SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the defendant's motion to dismiss shall be scheduled for argument on Friday, February 1, 2008, at 9:00 a.m.

The initial case management conference shall occur on Friday, March 7, 2008, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: December 12, 2007

RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk