```
 1  COOLEY GODWARD KRONISH LLP
    JOHN C. DWYER (136533) (dwyerjc@cooley.com)
 2  GRANT P. FONDO (181530) (gfondo@cooley.com)
    JESSICA VALENZUELA SANTAMARIA (220934)
 3  jsantamaria@cooley.com)
    JAMES M. PENNING (229727) (jpenning@cooley.com)
 4  Five Palo Alto Square
    3000 El Camino Real
 5  Palo Alto, CA  94306
    Telephone:    (650) 843-5000
 6  Facsimile:    (650) 857-0663

 7  Attorneys for Defendant
    BROCADE COMMUNICATIONS SYSTEMS, INC.
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| In re BROCADE SECURITIES LITIGATION, | Case No.  C 05-02042 CRB |
|---|---|
| This Document Relates to: | [Proposed] Order Relating Cases |
| ALL ACTIONS. | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

763986 v1/PA                    1.                    [PROPOSED] ORDER RELATING CASES
                                                      C 05-02042 CRB

1  The Court, having considered Brocade Communications Systems, Inc.'s Administrative
2  Motion to relate the action captioned *Huang et al. v. Reyes et al.,* Case No. CV 07-5950 JL (the
3  "Action"), to the above-captioned consolidated securities class action (the "Federal Class
4  Action") and the Declaration of Angela L. Dunning submitted therewith, and good cause
5  appearing therefor:

6  **IT IS HEREBY ORDERED**:

7  1.  The Action is related to the Federal Class Action within the meaning of Civil
8  Local Rule 3-12.

9  **IT IS SO ORDERED.**

11  Dated:  December 19, 2007



THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

763986 v1/PA

2.

[PROPOSED] ORDER RELATING CASES
C 05-02042 CRB