Timothy J. Burke (181866)
service@ssbla.com
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Tel:   (310) 209-2468
Fax:   (310) 209-2087

Jules Brody
Aaron L. Brody
SSBNY@aol.com
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel:   (212) 687-7230
Fax:   (212) 490-2022

[Additional Counsel Appear
on Signature Page]

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAI-NING HUANG, WAY-LING HWANG, FRANK PETRUNO, and GORDON A. MECCAY, on Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>GREGORY L. REYES, ANTONIO CANOVA, NICHOLAS G. MOORE, DAVID L. HOUSE, SETH D. NIEMAN, CHRISTOPHER B. PAISLEY, NEIL DEMPSEY, BROCADE COMMUNICATIONS SYSTEMS, INC., and DOES 1 through 25,<br><br>        Defendants. | CASE NO. CV07-05950 CRB<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO DEFENDANT BROCADE COMMUNICATIONS SYSTEMS, INC.'S MOTION TO DISMISS COMPLAINT**<br><br>DATE:   February 1, 2008<br>TIME:    9:00 a.m.<br>CTRM:   8, 19th Floor<br>JUDGE:  Honorable Charles R. Breyer |

## I. INTRODUCTION

Plaintiffs Hai-Ning Huang, Way-Ling Hwang, Frank Petruno, and Gordon A. Meccay ("Plaintiffs") respectfully request that the Court consider certain documents submitted in support of Plaintiffs' Opposition to Defendant Brocade Communications Systems, Inc.'s Motion to Dismiss Complaint ("Opposition").

## II. DOCUMENTS TO BE CONSIDERED IN SUPPORT OF PLAINTIFFS' OPPOSITION

Plaintiffs respectfully request that the Court consider the following documents in support of their Opposition. True and correct copies of the following documents are attached hereto:

> Exhibit 1:   Defendant Brocade Communications Systems, Inc. Definitive Proxy Statement filed March 15, 2000;
>
> Exhibit 2:   Defendant Brocade Communications Systems, Inc. Definitive Proxy Statement filed February 26, 2001;
>
> Exhibit 3:   Defendant Brocade Communications Systems, Inc. Definitive Proxy Statement filed March 4, 2002.

## III. ARGUMENT

In ruling on a motion to dismiss, it is well-settled that the Court may consider documents attached to the complaint, documents incorporated by reference in the complaint and matter subject to judicial notice. *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003). Each of the above documents falls into one or more of these categories and, thus, should be considered by the Court when ruling on defendant Brocade Communications Systems, Inc. Motion to Dismiss Complaint Pursuant to the Securities Litigation Uniform Standard Act, 15 U.S.C. §§ 77p, 78bb ("Motion to Dismiss").

### A. Brocade Communications Systems, Inc.'s Proxy Statements Are Incorporated by Reference into Plaintiffs' Complaint and Are Subject to Judicial Notice

Under Federal Rule of Evidence 201, courts may consider documents "whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleadings." *Glenbrook Capital Ltd. P'ship v. Kuo*, No. C07-02377-MJJ,

1

**PLTFS' REQUEST FOR JUDICIAL NOTICE ISO OF OPPOSITION TO DEFT BROCADE'S MOTION TO DISMISS COMPLAINT**
W:\STULL\BROCADE3\PLD\Pltfs' Req for Judicial Not iso Opp to MTD.wpd     **CASE NO. CV07-05950 CRB**

1  2007 WL 2601260, at *5 (N.D. Cal. Sep. 6, 2007) (citations omitted).  A court may also take
2  judicial notice of documents that are "integral to the plaintiff's claims" and whose "authenticity is
3  not disputed," even if they are not explicitly incorporated into the complaint.  *Parrino v. FHP, Inc.*,
4  146 F.3d 699, 706 (9th Cir. 1998).  "In a securities action, a court may take judicial notice of public
5  filings when adjudicating a motion to dismiss . . ."  *In re Calpine Corp. Sec. Litig.*, 288 F. Supp. 2d
6  1054, 1076 (N.D. Cal. 2003); *see also In re Silicon Graphics, Inc. Sec. Litig.*, 970 F. Supp. 746, 758
7  (N.D. Cal. 1997) (citation omitted) (same).

8  Here, Plaintiffs ask the Court to take judicial notice of Brocade Communications Systems,
9  Inc.'s definitive proxy statements on Form DEF 14A, filed March 15, 2000, February 26, 2001, and
10 March 4, 2002.  These documents are explicitly referenced in Plaintiffs' state class action
11 complaint, removed to this Court on November 26, 2007 ("Complaint") (Complaint ¶¶ 108, 109).
12 Moreover, these documents are publicly available SEC filings and are therefore subject to judicial
13 notice.  *Silicon Graphics*, 970 F. Supp. at 758.  Accordingly, the Court should take judicial notice
14 of these proxy statements in ruling on the Motion to Dismiss.

15 **IV.    CONCLUSION**

16 For the reasons stated above, Plaintiffs' respectfully request that the Court consider the
17 proxy statements described above in considering Brocade's Motion to Dismiss.

18 Dated: January 11, 2008                STULL, STULL & BRODY

20                                        By:    /s/
                                          Timothy J. Burke
21                                        10940 Wilshire Boulevard
                                          Suite 2300
22                                        Los Angeles, CA  90024
                                          Tel:  (310) 209-2468
23                                        Fax:  (310) 209-2087

24                                        Jules Brody
                                          Aaron L. Brody
25                                        STULL, STULL & BRODY
                                          6 East 45th Street
26                                        New York, NY 10017
                                          Tel:  (212) 687-7230
27                                        Fax:  (212) 490-2022

28

| | |
|---|---|
| 1 | Joseph H. Weiss |
| 2 | WEISS & LURIE |
| | 551 Fifth Avenue |
| | Suite 1600 |
| 3 | New York, NY 10176 |
| | Tel:   (212) 682-3025 |
| 4 | Fax:   (212) 682-3010 |
| 5 | Counsel for Plaintiffs |

(Lines 6–28 blank)