COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
ANGELA L. DUNNING (212047) (adunning@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant
BROCADE COMMUNICATIONS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAI-NING HUANG, WAY-LING HWANG, FRANK PETRUNO and GORDON A. MECCAY, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY L. REYES, ANTONIO CANOVA, NICHOLAS G. MOORE, DAVID L. HOUSE, SETH D. NIEMAN, CHRISTOPHER B. PAISLEY, NEIL DEMPSEY, BROCADE COMMUNICATIONS SYSTEMS, INC. and DOES 1 through 25,<br>Defendants. | Case No. CV 07-5950<br><br>**CLASS ACTION**<br><br>**BROCADE COMMUNICATIONS SYSTEMS, INC.'S AMENDED NOTICE OF MOTION TO DISMISS COMPLAINT PURSUANT TO THE SECURITIES LITIGATION UNIFORM STANDARDS ACT, 15 U.S.C. §§ 77p, 78bb; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date: March 7, 2008<br>Time: 10:00 a.m.<br>Courtroom: 8<br><br>Honorable Charles R. Breyer |

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

766256 v1/PA

AMENDED NOT. OF MTN TO DISMISS UNDER
SLUSA CASE NO. CV 07-5950 CRB

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 7, 2008, at 10:00 a.m. or as soon thereafter as this motion may be heard in Courtroom 8 of this Court by the Honorable Charles R. Breyer, defendant Brocade Communications Systems, Inc. ("Brocade") will and hereby does move, pursuant to the Securities Litigation Uniform Standards Act of 1998, 15 U.S.C. §§ 77P, 78bb ("SLUSA"), to dismiss with prejudice all claims asserted in the Complaint for Breaches of Fiduciary Duty ("Complaint") filed on or about October 23, 2007 in the Superior Court of the State of California, County of Santa Clara ("Santa Clara Superior Court") and removed to this Court by Brocade on November 26, 2007.

This motion is based on the Memorandum of Points and Authorities, on the Request for Judicial Notice and Declaration of Angela L. Dunning filed concurrently therewith, on all pleadings and papers on file in this action, and on such other and further matters as may be presented in connection with the hearing on this motion.

Dated: January 15, 2008                    COOLEY GODWARD KRONISH LLP

                                           _____/s/_____
                                           Grant P. Fondo

                                           Attorneys for Defendant
                                           BROCADE COMMUNICATIONS SYSTEMS, INC.