**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAI-NING HUANG,                                              No. C 07-05950 CRB

      Plaintiff,                                              **Clerk's Notice**

  v.

GREGORY L REYES,

      Defendant.
_____/

YOU ARE NOTIFIED THAT the hearing on defendant's motion to dismiss will be held on Friday, **February 1, 2008 at 10:00 a.m.** before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated: January 16, 2008                                         FOR THE COURT,

                                                               Richard W. Wieking, Clerk

                                                              By: _____
                                                                  Barbara Espinoza
                                                                  Courtroom Deputy