COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
ANGELA L. DUNNING (212047) (adunning@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone:    (650) 843-5000
Facsimile:    (650) 857-0663

Attorneys for Defendant
BROCADE COMMUNICATIONS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAI-NING HUANG, WAY-LING HWANG, FRANK PETRUNO and GORDON A. MECCAY, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY L. REYES, ANTONIO CANOVA, NICHOLAS G. MOORE, DAVID L. HOUSE, SETH D. NIEMAN, CHRISTOPHER B. PAISLEY, NEIL DEMPSEY, BROCADE COMMUNICATIONS SYSTEMS, INC. and DOES 1 through 25,<br><br>Defendants. | Case No. CV 07-5950 CRB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING FEBRUARY 1, 2008 HEARING ON BROCADE COMMUNICATIONS SYSTEMS, INC.'S MOTION TO DISMISS AND RESETTING HEARING FOR MARCH 7, 2008**<br><br>Date:    March 7, 2008<br>Time:    10:00 a.m.<br>Courtroom:    8<br>Judge:    Hon. Charles R. Breyer |

Pursuant to Local Civil Rules 6-1 and 6-2 and this Court's Standing Order, counsel for plaintiffs and counsel for defendant Brocade Communications Systems, Inc. ("Brocade") jointly submit the following Stipulation and [Proposed] Order vacating the February 1, 2008 hearing date on Brocade's motion to dismiss and resetting the hearing for March 7, 2007 at 10:00 a.m.

**WHEREAS**, on November 26, 2007, Brocade removed this action to this Court from the Superior Court for the State of California, County of Santa Clara;

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

766367 v1/PA

1.

STIP. AND [PROPOSED] ORDER MOVING HEARING
ON MTN. TO DISMISS TO MARCH 7, 2008
CASE NO. CV 07-5950 CRB

1    **WHEREAS,** on November 27, 2007, Brocade filed a Notice and Administrative Motion to
2    consider whether this action should be related to *In re Brocade Securities Litigation*, Case No.
3    3:05-CV-02402-CRB, filed on May 19, 2005 (the "Federal Class Action");

4    **WHEREAS,** on December 3, 2007, Brocade filed its motion to dismiss this action pursuant
5    to the Securities Litigation Uniform Standards Act, 15 U.S.C. §§ 77p, 78bb ("Motion") and
6    noticed the Motion for hearing on January 9, 2008;

7    **WHEREAS,** on December 5, 2007, the action was reassigned from the Honorable James
8    Larson to the Honorable Susan Illston in light of Brocade's declination to proceed before a
9    magistrate judge and all matters then scheduled for hearing, including Brocade's pending
10   Motion, were vacated subject to renotice;

11   **WHEREAS,** on December 20, 2007, the Court entered an order that the action is related to
12   the Federal Class Action;

13   **WHEREAS,** on December 26, 2007, the action was reassigned to the Honorable Charles R.
14   Breyer;

15   **WHEREAS,** on January 11, 2008, plaintiffs filed their opposition to Brocade's Motion;

16   **WHEREAS,** on January 14, 2008, pursuant to a telephone message from the Court's clerk
17   instructing Brocade to renotice the Motion for a hearing before Judge Breyer, Brocade notified
18   counsel for plaintiffs that it intended to renotice the motion for March 7, 2008 at 10:00 a.m.;

19   **WHEREAS,** on January 15, 2008, Brocade renoticed the motion for March 7, 2008 at
20   10:00 a.m. and planned accordingly;

21   **WHEREAS,** on January 16, 2008, the Clerk issued a notice setting the Motion for hearing
22   on February 1, 2008 at 10:00 a.m.;

23   **WHEREAS,** the hearing date renoticed by the Clerk would give Brocade only three days in
24   which to prepare and file a reply in support of its Motion;

25   **WHEREAS,** a case management conference has been scheduled in this action for March 7,
26   2008 at 2:00 p.m., whereas no matters pertaining to Brocade are scheduled to be heard on
27   February 1, 2008;

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

766367 v1/PA

2.

STIP. AND [PROPOSED] ORDER MOVING HEARING
ON MTN. TO DISMISS TO MARCH 7, 2008
CASE NO. CV 07-5950 CRB

1  WHEREAS, the parties desire to reduce the burden and expense to the parties and to the
2  Court and to conserve judicial resources;
3  WHEREAS, plaintiffs' counsel and Brocade's counsel agree that the Motion should be set
4  for hearing on March 7, 2008, the same date as the case management conference;
5  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties
6  hereto through their respective counsel of record, that the February 1, 2008 hearing date on
7  Brocade's Motion to dismiss is hereby vacated and rescheduled for March 7, 2008 at 10:00 a.m.
8  **IT IS SO STIPULATED.**

10  Dated: January 17, 2008                        COOLEY GODWARD KRONISH LLP

12                                                 /s/
                                                   Grant P. Fondo
13
                                                   Attorneys for Defendant
14                                                 BROCADE COMMUNICATIONS SYSTEMS, INC.

16  Dated: January 17, 2008                        STULL STULL & BRODY

                                                   /s/
18                                                 Timothy J. Burke

19                                                 Attorneys for Plaintiffs

21              **ATTESTATION PURSUANT TO GENERAL ORDER 45**

22      I, Grant P. Fondo, attest that concurrence in the filing of this document has been obtained
23  from each of the other signatories. I declare under penalty of perjury under the laws of the United
24  States of America that the foregoing is true and correct. Executed this 17 day of January at Palo
25  Alto, California.

                                                   /s/
26                                                 Grant P. Fondo

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

766367 v1/PA                    3.                 STIP. AND [PROPOSED] ORDER MOVING HEARING
                                                   ON MTN. TO DISMISS TO MARCH 7, 2008
                                                   CASE NO. CV 07-5950 CRB

# [PROPOSED] ORDER

Upon Stipulation of the Parties and good cause appearing therefore, it is hereby ordered that the February 1, 2008 hearing date on Brocade's Motion to dismiss is hereby vacated and rescheduled for March 7, 2008 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: _____

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

766367 v1/PA

4.

STIP. AND [PROPOSED] ORDER MOVING HEARING
ON MTN. TO DISMISS TO MARCH 7, 2008
CASE NO. CV 07-5950 CRB