| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| | JOHN C. DWYER (136533) (dwyerjc@cooley.com) |
| 2 | GRANT P. FONDO (181530) (gfondo@cooley.com) |
| | ANGELA L. DUNNING (212047) (adunning@cooley.com) |
| 3 | Five Palo Alto Square |
| | 3000 El Camino Real |
| 4 | Palo Alto, CA 94306 |
| | Telephone:  (650) 843-5000 |
| 5 | Facsimile:  (650) 857-0663 |
| 6 | Attorneys for Defendant |
| | BROCADE COMMUNICATIONS SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAI-NING HUANG, WAY-LING HWANG, FRANK PETRUNO and GORDON A. MECCAY, on Behalf of Themselves and All Others Similarly Situated, | Case No. CV 07-5950 CRB |
| | **CLASS ACTION** |
| Plaintiffs, | **DECLARATION OF GRANT P. FONDO IN SUPPORT OF BROCADE COMMUNICATIONS SYSTEMS, INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT PURSUANT TO THE SECURITIES LITIGATION UNIFORM STANDARDS ACT, 15 U.S.C. §§ 77p, 78bb** |
| v. | |
| GREGORY L. REYES, ANTONIO CANOVA, NICHOLAS G. MOORE, DAVID L. HOUSE, SETH D. NIEMAN, CHRISTOPHER B. PAISLEY, NEIL DEMPSEY, BROCADE COMMUNICATIONS SYSTEMS, INC. and DOES 1 through 25, | Date:       March 7, 2008 |
| | Time:       10:00 a.m. |
| | Courtroom:  8 |
| | Judge:      Hon. Charles R. Breyer |
| Defendants. | |

I, Grant P. Fondo, declare:

1. I am an attorney licensed to practice law before all courts of the state of California, and am a partner with the law firm of Cooley Godward Kronish LLP, counsel of record for defendant Brocade Communications Systems, Inc. ("Brocade") in this litigation.

2. I am personally familiar with the facts stated in this declaration and, if called as a

witness, could and would testify competently thereto.

2. 3. This declaration is submitted in support of Brocade's Motion To Dismiss Complaint Pursuant to the Securities Litigation Uniform Standards Act, 15 U.S.C. §§ 77p, 78bb and Supplemental Request for Judicial Notice filed concurrently herewith.

4. Attached as Exhibit 1 is a true and correct copy of L-3 Communications Holdings Inc.'s quarterly report on Form 10-Q, filed with the SEC on November 5, 2007. L-3 Communications Holdings, Inc. is a defendant in *Indiana Elec. Workers Pension Trust Fund v. Millard*, No. 07 Civ. 172(JGK), 2007 WL 2141697 (S.D.N.Y. July 25, 2007).

5. Attached as Exhibit 2 is a true and correct copy of VeriSign, Inc.'s quarterly report on Form 10-Q, filed with the SEC on November 5, 2007. VeriSign, Inc. is a defendant in *Pace v. Bidzos ("VeriSign")*, Nos. C 07-3742-PJH, C 07-3332 PJH, 2007 WL 2908283 (N.D. Cal. Oct. 3, 2007).

6. Attached as Exhibit 3 is a true and correct copy of Electronics for Imaging, Inc.'s quarterly report on Form 10-Q, filed with the SEC on November 9, 2007. Electronics for Imaging, Inc. is a defendant in *City of Ann Arbor Employees' Ret. Sys. v. Gecht*, No. C-06-7453 EMC, 2007 WL 760568 (N.D. Cal. Mar. 9, 2007).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed in Palo Alto, California, on February 22, 2008.

Grant P. Fondo

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

2.	FONDO DECL. I/S/O BROCADE'S MTN TO DISMISS
CASE NO. CV 07-5950