**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

March 11, 2008

Santa Clara County Superior Court
191 North First Street
San Jose, CA 95113

RE:  CV 07-05950 CRB    HAI-NING HUANG-v-GREGORY L REYES
       Your Case Number: (07-cv-097169)

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (x)    Certified copies of docket entries

        (x)    Certified copies of Remand Order

        ()    Other

    Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,

        RICHARD W. WIEKING, Clerk

    by:  Maria Loo
        Case Systems Administrator

Enclosures
Copies to counsel of record