ADRMOP, CLOSED, E-Filing, RELATE

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:07-cv-05950-CRB
# Internal Use Only

Huang et al v. Reyes et al  
Assigned to: Hon. Charles R. Breyer  
Case in other court:  Santa Clara County Superior Court, 1:07cv097163  
Cause: 15:78m(a) Securities Exchange Act  

Date Filed: 11/26/2007  
Date Terminated: 03/06/2008  
Jury Demand: None  
Nature of Suit: 160 Stockholders Suits  
Jurisdiction: Federal Question  

**Plaintiff**

**Hai-Ning Huang**     represented by **Timothy J. Burke**  
Stull Stull & Brody  
10940 Wilshire Boulevard  
Suite 2300  
Los Angeles, CA 90024  
(310) 209-2468  
Fax: 310-209-2087  
Email: service@ssbla.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Way-Ling Hwang**     represented by **Timothy J. Burke**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Petruno**     represented by **Timothy J. Burke**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gordon A. Meccay**     represented by **Timothy J. Burke**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Gregory L. Reyes** | represented by | **Garrett J. Waltzer**<br>Skadden Arps Slate Meagher & Flom, LLP<br>525 University Avenue<br>Palo Alto, CA 94301<br>650/470-4540<br>Fax: 650/470-4570<br>Email: gwaltzer@skadden.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Antonio Canova** | represented by | **Norman J. Blears**<br>Heller Ehrman LLP<br>275 Middlefield Road<br>Menlo Park, CA 94025-3506<br>(650) 324-7000<br>Fax: 650-324-0638<br>Email: nblears@hewm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Nicholas G. Moore** | represented by | **Stephen D. Hibbard**<br>Shearman & Sterling LLP<br>525 Market Street, Suite 1500<br>San Francisco, CA 94105-2723<br>415/616-1100<br>Fax: 415/616-1199<br>Email: shibbard@shearman.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **David L. House** | represented by | **Stephen D. Hibbard**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Seth D. Nieman** | represented by | **Jonathan Acker Shapiro**<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1117 California Ave.<br>Palo Alto, CA 94304<br>(650) 858-6000<br>Fax: (650) 858-6100<br>Email: jonathan.shapiro@wilmerhale.com<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Defendant**

**Christopher B Paisley**     represented by    **Stephen D. Hibbard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Neil Dempsey**     represented by    **Jeffrey L. Bornstein**
Kirkpatrick and Lockhart Preston Gates Ellis LLP
55 Second Street
Suite 1700
San Francisco, CA 94105
(415) 249-1059
Fax: (415) 882-8220
Email: jeff.bornstein@klgates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah Gabriana Shough**
K&L Gates LLP
55 Second Street
Suite 1700
San Francisco, CA 94105
415-882-8200
Email: leah.shough@klgates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brocade Communications System, Inc**     represented by    **Angela Lucille Dunning**
Cooley Godward Kronish LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
650-843-5000
Fax: 650-857-0663
Email: adunning@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Grant P. Fondo**
Cooley Godward Kronish LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
650 843-5458
Fax: 650 857-0663

Email: gfondo@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Dwyer**
Cooley Godward Kronish LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
650-843-5000
Fax: 650-849-7400
Email: dwyerjc@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/26/2007 | 1 | NOTICE OF REMOVAL /no process from Santa Clara County Superior Court. Their case number is 01:07cv097163. (Filing fee $350 receipt number 34611012812). Filed byBrocade Communications System, Inc. (ga, COURT STAFF) (Filed on 11/26/2007) (ys, COURT STAFF). (Entered: 11/29/2007) |
| 11/26/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 2/20/2008. Case Management Conference set for 2/27/2008 10:30 AM.. Signed by Judge James Larson on 11/26/07. (Attachments: # 1 Judge Standing Order# 2 Court Standing Order# 3 Consent/Decline Form)(ga, COURT STAFF) (Filed on 11/26/2007) (Entered: 11/29/2007) |
| 11/26/2007 |  | CASE DESIGNATED for Electronic Filing. (ga, COURT STAFF) (Filed on 11/26/2007) (Entered: 11/29/2007) |
| 11/28/2007 | 4 | Declination to Proceed Before a U.S. Magistrate Judge and Request for Reassignment to a United States District Judge by Brocade Communications System, Inc. (mcl, COURT STAFF) (Filed on 11/28/2007) (ga, COURT STAFF). (Entered: 11/30/2007) |
| 11/28/2007 | 5 | Notice and ADMINISTRATIVE MOTION to Relate Case filed by Brocade Communications System, Inc. (mcl, COURT STAFF) (Filed on 11/28/2007) (ga, COURT STAFF). (Entered: 11/30/2007) |
| 11/28/2007 | 6 | Declaration of Angela L. Dunning filed byBrocade Communications System, Inc. (mcl, COURT STAFF) (Filed on 11/28/2007) (ga, COURT STAFF). (Entered: 11/30/2007) |
| 11/28/2007 |  | Received Order re 5 MOTION to Relate Case by Brocade Communications System, Inc. (mcl, COURT STAFF) (Entered: 11/30/2007) |
| 11/28/2007 | 7 | CERTIFICATE OF SERVICE by Brocade Communications System, Inc re 4 Declination to Proceed Before a U.S. Magistrate Judge, 6 Declaration in Support, Received Order, 5 MOTION to Relate Case (mcl, |

| | | |
|---|---|---|
| | | COURT STAFF) (Filed on 11/28/2007) (ga, COURT STAFF). (Entered: 11/30/2007) |
| 11/29/2007 | 3 | Certificate of Interested Entities by Brocade Communications System, Inc (Fondo, Grant) (Filed on 11/29/2007) (Entered: 11/29/2007) |
| 12/03/2007 | 9 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (wh, COURT STAFF) (Filed on 12/3/2007) (Entered: 12/03/2007) |
| 12/03/2007 | 10 | MOTION to Dismiss filed by Brocade Communications System, Inc. Motion Hearing set for 1/9/2008 09:30 AM in Courtroom F, 15th Floor, San Francisco. (Fondo, Grant) (Filed on 12/3/2007) (Entered: 12/03/2007) |
| 12/03/2007 | 11 | Declaration of Angela L. Dunning in Support of 10 MOTION to Dismiss filed byBrocade Communications System, Inc. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4 - Part 1, # 5 Exhibit Exhibit 4 - Part 2, # 6 Exhibit Exhibit 5 - Part 1, # 7 Exhibit Exhibit 5 - Part 2, # 8 Exhibit Exhibit 5 - Part 3, # 9 Exhibit Exhibit 6, # 10 Exhibit Exhibit 7)(Related document(s) 10 ) (Fondo, Grant) (Filed on 12/3/2007) (Entered: 12/03/2007) |
| 12/03/2007 | 12 | Brief re 10 MOTION to Dismiss *Request for Judicial Notice* filed byBrocade Communications System, Inc. (Related document(s) 10 ) (Fondo, Grant) (Filed on 12/3/2007) (Entered: 12/03/2007) |
| 12/03/2007 | 13 | Proposed Order re 10 MOTION to Dismiss by Brocade Communications System, Inc. (Fondo, Grant) (Filed on 12/3/2007) (Entered: 12/03/2007) |
| 12/05/2007 | 14 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Susan Illston for all further proceedings. Judge Magistrate Judge James Larson no longer assigned to the case. Signed by Executive Committee on 12/5/07. (mab, COURT STAFF) (Filed on 12/5/2007) (Entered: 12/05/2007) |
| 12/05/2007 | | (Court only) ***Deadlines terminated. (ys, COURT STAFF) (Filed on 12/5/2007) (Entered: 12/06/2007) |
| 12/12/2007 | 15 | CLERK'S NOTICE Continuing Motion Hearing Motion Hearing set for 2/1/2008 09:00 AM.; cmc set 3/7/08 (Attachments: # 1 Standing Order) (ts, COURT STAFF) (Filed on 12/12/2007) (Entered: 12/12/2007) |
| 12/12/2007 | | Set/Reset Deadlines as to 10 MOTION to Dismiss. Motion Hearing set for 2/1/2008 09:00 AM. (ys, COURT STAFF) (Filed on 12/12/2007) (Entered: 12/13/2007) |
| 12/12/2007 | | Set Deadlines/Hearings: Case Management Conference set for 3/7/2008 02:00 PM. (ys, COURT STAFF) (Filed on 12/12/2007) (Entered: 12/13/2007) |
| 12/20/2007 | 16 | ORDER RELATING CASE C-07-5950JL to C-05-2042CRB. Signed by Judge Charles R. Breyer on 12/19/07. (be, COURT STAFF) (Filed on 12/20/2007) (Entered: 12/20/2007) |
| | | |

| | | |
|---|---|---|
| 12/26/2007 | | Case Reassigned to Judge Hon. Charles R. Breyer. Judge Hon. Susan Illston no longer assigned to the case. Signed by Executive Committee on 12/26/07. (mab, COURT STAFF) (Filed on 12/26/2007) (Entered: 12/26/2007) |
| 01/11/2008 | 17 | Memorandum in Opposition re 10 MOTION to Dismiss *Complaint* filed byHai-Ning Huang, Way-Ling Hwang, Frank Petruno, Gordon A. Meccay. (Burke, Timothy) (Filed on 1/11/2008) (Entered: 01/11/2008) |
| 01/11/2008 | 18 | Request for Judicial Notice re 17 Memorandum in Opposition *to Motion to Dismiss Complaint* filed byHai-Ning Huang, Way-Ling Hwang, Frank Petruno, Gordon A. Meccay. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Related document(s) 17 ) (Burke, Timothy) (Filed on 1/11/2008) (Entered: 01/11/2008) |
| 01/15/2008 | 19 | MOTION to Amend/Correct *Brocade Communications Systems, Inc.'s Amended Notice of Motion to Dismiss Complaint* filed by Brocade Communications System, Inc. Motion Hearing set for 3/7/2008 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Fondo, Grant) (Filed on 1/15/2008) (Entered: 01/15/2008) |
| 01/15/2008 | 20 | Renotice motion hearing *Brocade Communications Systems, Inc.'s Amended Notice of Motion to Dismiss Complaint* filed byBrocade Communications System, Inc. Motion Hearing set for 3/7/2008 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Fondo, Grant) (Filed on 1/15/2008) (Entered: 01/15/2008) |
| 01/15/2008 | | (Court only) ***Deadlines terminated. (mcl, COURT STAFF) (Entered: 01/18/2008) |
| 01/16/2008 | 21 | CLERK'S NOTICE Setting Motion Hearing Motion to Dismiss hearing set for 2/1/2008 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (be, COURT STAFF) (Filed on 1/16/2008) Modified on 1/16/2008 (be, COURT STAFF). (Entered: 01/16/2008) |
| 01/17/2008 | 22 | *** **ERRONEOUS ENTRY. SEE BELOW 23** *** STIPULATION *and [Proposed] Order Vacating February 1, 2008 Hearing on Brocade Communication Systems, Inc.'s Motion to Dismiss and Resetting Hearing for March 7, 2008* by Brocade Communications System, Inc. (Fondo, Grant) (Filed on 1/17/2008) Modified on 1/22/2008 (mcl, COURT STAFF). (Entered: 01/17/2008) |
| 01/17/2008 | 23 | STIPULATION *and [Proposed] Order Vacating February 1, 2008 Hearing on Brocade Communications Systems, Inc.'s Motion to Dismiss and Resetting Hearing for March 7, 2008* by Brocade Communications System, Inc. (Fondo, Grant) (Filed on 1/17/2008) (Entered: 01/17/2008) |
| 01/18/2008 | 24 | ORDER re 23 Stipulation, filed by Brocade Communications System, Inc, 22 Stipulation, filed by Brocade Communications System, Inc, Set/Reset Deadlines as to 23 Stipulation, 22 Stipulation, 10 MOTION to Dismiss. Motion Hearing set for 3/7/2008 10:00 AM.. Signed by Judge Charles R. Breyer on 1/17/08. (be, COURT STAFF) (Filed on 1/18/2008) (Entered: 01/18/2008) |

| | | |
|---|---|---|
| 01/18/2008 | | (Court only) ***Motions terminated: 19 MOTION to Amend/Correct *Brocade Communications Systems, Inc.'s Amended Notice of Motion to Dismiss Complaint* filed by Brocade Communications System, Inc, 5 MOTION to Relate Case filed by Brocade Communications System, Inc. (be, COURT STAFF) (Filed on 1/18/2008) (Entered: 01/18/2008) |
| 01/18/2008 | | (Court only) ***Deadlines terminated., Set/Reset Deadlines as to 10 MOTION to Dismiss. Motion Hearing set for 3/7/2008 10:00 AM. (mcl, COURT STAFF) (Entered: 01/22/2008) |
| 02/22/2008 | 25 | REPLY to Response to 10 Motion *to Dismiss* filed byBrocade Communications System, Inc. (Fondo, Grant) (Filed on 2/22/2008) Modified on 2/26/2008 (mcl, COURT STAFF). (Entered: 02/22/2008) |
| 02/22/2008 | 26 | Request for Judicial Notice *Brocade Communications Systems, Inc.'s Supplemental Request for Judicial Notice in support of its 10 Motion to Dismiss Complaint* filed byBrocade Communications System, Inc. (Fondo, Grant) (Filed on 2/22/2008) Modified on 2/26/2008 (mcl, COURT STAFF). (Entered: 02/22/2008) |
| 02/22/2008 | 27 | Declaration of Grant P. Fondo in Support of 25 Reply to Response to Motion, 26 Request for Judicial Notice *Brocade Communications Systems, Inc.'s Reply in suport of Motion to Dismiss* filed byBrocade Communications System, Inc. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3)(Related document(s) 25 , 26 ) (Fondo, Grant) (Filed on 2/22/2008) (Entered: 02/22/2008) |
| 03/06/2008 | 28 | ORDER by Judge Breyer denying 10 Motion to Dismiss and Remanding. (crblc2, COURT STAFF) (Filed on 3/6/2008) Modified on 3/11/2008 (mcl, COURT STAFF). (Entered: 03/06/2008) |
| 03/06/2008 | | (Court only) ***Civil Case Terminated. (crblc2, COURT STAFF) (Filed on 3/6/2008) (Entered: 03/06/2008) |
| 03/11/2008 | 29 | Certified copy of docket sheet and remand order sent to Santa Clara County Superior Court. (mcl, COURT STAFF) (Filed on 3/11/2008) (Entered: 03/11/2008) |