**FILED**

MAR 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

ENDORSED

2008 MAR 18 A 9: 23

General Court Number
415.522.2000

J. Zenzen

Richard W. Wieking
Clerk

Santa Clara County Superior Court
191 North First Street
San Jose, CA 95113

RE: <u>CV 07-05950 CRB    HAI-NING HUANG-v-GREGORY L REYES</u>
    Your Case Number: <u>(07-cv-097163)</u>

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (x)    Certified copies of docket entries

    (x)    Certified copies of Remand Order

    ( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: <u>Maria Loo</u>
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.nrg